IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> DANIEL ALAN BAKER | Case No.: 4:21mj9-MAF <br> <u>Under Seal</u> |

**SEALED MOTION REQUESTING AN ORDER
SEALING DOCUMENTS RELATED TO CRIMINAL COMPLAINT**

The United States of America requests this Court to issue an Order sealing all papers in support of this application, including the affidavit, criminal complaint, and arrest warrant. In support of this motion the Government states:

1. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.

2. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

The United States further moves the court that the documents in this case shall remain **sealed** until further written Order of this court, except that the Clerk's Office shall provide two certified copies of the documents to the United States Attorney for the Northern District of Florida.

1


FILED USDC FLND TL
JAN 14 '21 PM5:01

Respectfully submitted,

LAWRENCE KEEFE
United States Attorney

LAZARO P. FIELDS
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 1004725
111 N. Adams Street, 4th Floor
Tallahassee, Florida 32301
Phone: (850) 444-4000
Email: lazaro.fields@usdoj.gov

## **ORDER**

The Government's motion is granted.

Dated and ordered this ___14th___ day of January, 2021.

CHARLES A. STAMPELOS
United States Magistrate Judge