IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL ALAN BAKER | Case No.: 4:21mj9-MAF |

**MOTION TO UNSEAL CRIMINAL
COMPLAINT AND RELATED DOCUMENTS**

The United States of America requests this Court to issue an Order unsealing all papers in support of the Criminal Complaint, including the affidavit and arrest warrant. In support of this motion the Government states:

1. On January 14, 2021, the Government obtained an Order sealing all documents related to a Criminal Complaint charging the Defendant with violating Title 18, United States Code, Section 875(c).

2. On January 15, 2021, the Defendant was arrested and is now in law enforcement custody. As a result, the Government requests that the Court issue an order unsealing the Criminal Complaint, including the affidavit and all related documents.

1

FILED USDC FLND TL
JAN 15 '21 AM11:48

WHEREFORE, the Government requests that the Court issue an order unsealing the Criminal Complaint, including the affidavit and all related documents in the above-captioned matter.

Respectfully submitted,

LAWRENCE KEEFE
United States Attorney

*/s/ Lazaro P. Fields*

LAZARO P. FIELDS
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 1004725
111 N. Adams Street, 4th Floor
Tallahassee, Florida 32301
Phone: (850) 444-4000
Email: lazaro.fields@usdoj.gov

## ORDER

The Government's motion is granted.

Dated and ordered this __15th__ day of January, 2021.

*/s/ Charles A. Stampelos*
CHARLES A. STAMPELOS
United States Magistrate Judge