AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

United States of America
v.
DANIEL ALAN BAKER

)
)
)
)
)
)

Case No.   4:21mj9-MAF

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DANIEL ALAN BAKER ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Transmission In Interstate Commerce Of A Communication Containing A Threat To Kidnap Any Person Or Threat To Injure The Person of Another, in viuolation of Toitle 18, United states Code, Section 875(c)

Date:   1/14/2021

*Issuing officer's signature*

City and state:   Tallahassee, Florida

CHARLES A. STAMPELOS, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*   1/14/2021 , and the person was arrested on *(date)*   1/15/2021
at *(city and state)*   Tallahassee, FL .

Date:   1/15/2021

*Arresting officer's signature*

SA Nicholas Marsh
*Printed name and title*

FILED USDC FLND TL
JAN 15 '21 PM 1:46