# UNITED STATES DISTRICT COURT
## Criminal Minutes - General

**Case #:** 4:21mj9-MAF                **Date:** January 21, 2021

---

**DOCKET ENTRY:** Preliminary and Hearings          10:10 - 12:11 pm

Court to issue a written decision on detention and probable cause. Defendant will remain in detention pending ruling

---

**PRESENT:** MICHAEL J. FRANK, United States Magistrate Judge

| | | Doreen Mannino, | |
|---|---|---|---|
| **Angie Maxwell** | **Danielle Launi** | **For The Record** | **Lazaro Fields** |
| Deputy Clerk | USPO | Court Reporter | Asst US Attorney |

**U.S.A. v. (Defendant Listed Below)**     **Attorney For Defendant**

__DANIEL ALAN BAKER__                    **Elizabeth Vallejo, Randolph Murrell**
_X_ Present _X_ Custody ___O/R            _X_ Apptd ___Retained _X_ Present

---

**PROCEEDINGS:**
- **10:10** Court in session
- **10:14** Government witness:
  - Patrick Sanford, sworn - direct (Fields)
    - Government exhibits - 1, 2A, 2B, 2C, 2D, 2E, 2F, 2G, 2H, 2I, 2J, 3A, 3B, 3C, 3D, 3E, 3F - marked, ID, admitted
- **10:40** Cross by Defense (Murrell)
- **10:51** Redirect by Government (Fields)
- **10:52** Defense witness:
  - Susanna Buie Matthews, sworn - direct (Vallejo)
- **11:01** Cross by Government (Fields)
- **11:08** Defense exhibit 1 - marked, ID, admitted
- **11:09** Defense witness:
  - Eric Champene, sworn - direct (Murrell)
- **11:24** Cross by Government (Lazaro)
  - Government exhibit 4A, 4B, 4C, 4D, 4E - marked, ID, admitted
- **11:38** Redirect by Defense (Murrell)
- **11:40** Defense witness:
  - Desiree Gattis, sworn - direct (Murrell)

| | |
|---|---|
| **11:50** | **Cross by Government (Lazaro)** |
| **11:54** | **Redirect by Defense (Murrell)** |
| **11:55** | **Argument by Government (Lazaro)** |
| **12:01** | **Argument by Defense (Murrell)** |
| **12:10** | **Court to issue a written decision on detention and probable cause.  Defendant will remain in detention pending ruling.** |
| **12:11** | **Court adjourned.** |