**Randolph Murrell**
___

| | |
|---|---|
| From: | Warren Stoddard <warrenstoddard.ws@gmail.com> |
| Sent: | Wednesday, January 20, 2021 10:56 PM |
| To: | Randolph Murrell |
| Subject: | Daniel Baker |

Mr. Murrell,

    My name is Warren Stoddard. I have known Daniel Baker for more than two years now, having first met him while volunteering with the YPG (People's Protection Units) in the Autonomous Administration of North and East Syria (AANES).

    First and foremost, I believe that his should be said: Though I am in no official capacity a spokesperson for the YPG, I can say with the utmost confidence that the YPG in no way condones or endorses any threats or actualized violence made in the organization's name beyond the borders of the AANES. Dan Baker currently has no involvement with the YPG and is currently unaffiliated with the People's Protection Units other than his being a veteran of the war against ISIS from 2018-2019. His words and actions are his own.

    Much has been made in the media of Dan's "affiliation with a foreign terrorist organization," though the YPG is not now and never has been listed as a terrorist organization by the United States; the United States supported the YPG in the war against ISIS and continues to provide materiel support to this day. Though Dan received and aided in instruction of *some* training while in Syria, this too has been over-amplified by both Dan and the media. While in the YPG with Dan, he taught jiu-jitsu classes to other volunteers and approached command several times with the idea of providing self-defense training to women in local villages. In addition, Dan did aid in mine and another volunteer's instruction of a medical course while at the YPG Academy. Dan took very strongly to all things medically-related and provided very good feedback and instruction in both medical courses and in his jiu-jitsu regimen. It has been said that Dan is a "trained sniper" from his experiences in the YPG. Let me assure you that he is not. Though he is a very good shot, any marksmanship skills he acquired were done before his joining of the militia. When in Syria, in my own "marksmanship training," I fired less than thirty rounds combined from all weapons fired. Dan's training would have been much the same as my own, as we went to the frontline in similar capacities. Thirty rounds does not a sniper make.

    What Dan is, is a very caring individual, deeply concerned with the bettering of the world for others. This much should be patently obvious through his mere volunteering to go to Syria and join the fight against ISIS – a feat of altruism nearly unheard of in this nation. Dan served in the YPG with great integrity during the war against the Islamic State. His fears of involvement in injustices perpetrated by US forces led to his going AWOL from the Army before his unit's deployment to the Middle East. Since his return from Syria in 2019, Dan has made it a point to become well-versed in lifesaving measures and first aid, as evidenced by his enrollment in EMT courses and his journeying to Seattle, where he acted as a medic to demonstrators during the protests in the summer of 2020.

DEFENDANT'S EXHIBIT 1 ckm

He is a *good* person, albeit a bit misled in where a line should be drawn, and when talking becomes too much talking. Many things Dan has said to me and many others about his involvement in Syria, about his involvement in protests against police brutality, about what he would do, or what crazy schemes he had to defeat the enemy were said only to garner a reaction from those he said them to. It is my belief that his love of riling up followers and friends on the internet led to his bombastic statements about the capitol counter protest against potential insurrectionists he had planned, but I am highly doubtful it would have come to fruition, as there was no storming of the Florida capitol on Inauguration Day in the vein of what was seen in Washington on January 6 and was threatened by white-supremacist groups around the nation in the intervening time.

It is my belief that Dan is no danger to society, though I understand steps had to be taken to avoid the fracturing another Kyle Rittenhouse situation would have caused the political current of our nation. He is not a terrorist, nor is he acting under the direction of terrorists or any other foreign entity. His actions were his own, but they were made in a sincere effort on his part to keep this country from succumbing to the widespread violence and instability threatened by far-right groups in the weeks leading up to President Biden's inauguration.

If I can be of further assistance in vouching for the character of Mr. Baker please do not hesitate to contact me.

Regards,

-Warren Stoddard II, a fellow veteran of the YPG

+1 (512) 919-9570

warrenstoddard.WS@gmail.com