# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – FIRST APPEARANCE ON INDICTMENT

**Case No.** 4:21cr10-AW    **Date:** February 22, 2021

**Docket Entry:** First Appearance on Indictment    1:35 - 1:38 pm

- Public Defender Previously Appointed
- Order of Detention Previously Entered
- Trial scheduled for April 14, 2021 at 8:30 a.m.

**PRESENT:** Martin A. Fitzpatrick, United States Magistrate Judge

| Angie Maxwell | Danielle Launi | Megan Hague | Kunz/Fields |
|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Ast. US Attorney |

**U.S.A. v. (Defendant listed below)**    **Attorney for Defendant:**

| DANIEL ALAN BAKER | Murrell/Vallejo |
|---|---|
| X present   X custody   _O/R | X present   X appointed   _retained |

- **X** Defendant advised that he/she is before a U.S. Magistrate Judge
- **X** Defendant advised of charges, penalties and fines
- **X** Defendant advised of right to remain silent and consult with an attorney before making any statement
- **X** Defendant advised of his right to hire counsel
- **X** Defendant executes a written CJA Form 23 and swears that it is accurate - previously entered
- **X** Order appointing Public Defender entered - previously entered
- ___ Defendant retained his/her own counsel: _____
- **X** Defendant advised of his/her right to bail
- ___ Defendant advised that if found guilty and sentenced to prison, pretrial release time, regardless of restrictions, will not be

|   |   |
|---|---|
|   | credited toward any prison sentence which may be imposed. |
| **X** | Government moves for pretrial detention |
|   | Detention hearing scheduled for: _____ |
|   | Detention hearing held (see separate minutes) |
|   | Defendant to be released |
| **X** | Defendant detained - detention order previously entered |
|   | Defendant held over until  detention hearing  (Defendant temporarily detained) |
| **X** | Arraignment conducted.  Plea: N/G as charged in indictment  Trial scheduled for: April 14, 2021 at 8:30 am |