# United States District Court
## CRIMINAL MINUTES - ARRAIGNMENT

Case No. __4:21cr10-AW__     Date: __February 22, 2021__

**DOCKET ENTRY: Arraignment on Indictment**

   N/G Plea entered
   Trial set for April 14, 2021 at 8:30 a.m.

**PRESENT: Martin A. Fitzpatrick, United States Magistrate Judge**

| Angie Maxwell | Danielle Launi | DCR TLH | Kunz/Fields |
|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Ast. US Attorney |

**U.S.A. v. (Defendant listed below)**     **Attorney for Defendant:**

__DANIEL ALAN BAKER__     Murrell/Vallejo
 X present  X custody  __O/R     X present  X appointed  _retained

**PROCEEDINGS:**

_X_  Defendant is ARRAIGNED and specifically advised of his rights.

_X_  Defendant waives reading of Indictment-Information

___  Indictment-Information read

_X_  Defendant PLEADS:  ___ Guilty Count(s) _____

                          _X_  Not Guilty as charged on Indictment

_X_  Trial set for: April 14, 2021 at 8:30 am