UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 4:21cr10

DANIEL ALAN BAKER,

    Defendant.
_____/

## MOTION TO RECONSIDER DETENTON ORDER

    Defendant, Daniel Baker, moves this Court to reconsider its detention order and to release him from custody pending his trial. The grounds supporting this motion are:

    1. On January 25, 2020, the Court entered an order granting the Government's motion to detain Mr. Baker. He has remained in custody ever since.

    2. The allegation against Mr. Baker is that he posted a "Call to Arms" asking for armed volunteers to defend the Florida Capitol against an assault much like the one on January 6, 2021, at the United States

Capitol. As stated in the "Call to Arms," he expected the assault on the date of President Biden's inauguration, January 20, 2021.

3. The affidavit supporting the complaint alleges other over-heated rhetoric, but the social media of the time carried much overheated rhetoric. Ex. 1.[1]

4. January 20th has long since passed, the rhetoric has faded, and the post-presidential election turmoil has quieted. Thus, even if there was legitimate concern about the risks posed by Mr. Baker, circumstances have changed since his initial appearance.

5. Mr. Baker's trial is scheduled for May 4, 2021. Due to difficulties posed by the pandemic, and apparently staffing shortages at the Federal Detention Center, is it can be difficult to meet with clients, which will interfere with Mr. Bakier's trial preparation. Recently, for example, on Friday, April 2, 2021, the undersigned requested a visit with a client for some time during the following week. The earliest time available for the

---

[1] Exhibit 1 is a listing of some of the rhetoric of that time period.

meeting was 10 days from then, on Monday, April 12, 2021. A copy of the email is attached as Exhibit 2.

6. In Mr. Baker's case, visitation is more difficult than it is for most prisoners. The Detention Center, with no objection from Mr. Baker, has segregated him in the Special Housing Unit. Additionally, apparently because of the charges, the officials have deemed him a security risk, so three or four officers have to accompany him when he is moved from his cell to the visitation area. The undersigned has written officials at the Detention Center to explain that Mr. Baker, at 5'3 inches tall and 135 pounds, is not a security risk. The letter is attached as Exhibit 3. The officials did not respond. As far as the undersigned is aware, other than insisting on a vegetarian meal and complaining about the conditions of his detention, including being held in a cell with feces on the wall, Mr. Baker has conducted himself properly at the Detention Center.

7. With the pandemic, the authorities at the Detention Center have been helpful in scheduling phone calls between defense counsel and prisoners. In Mr. Baker's case, however, either because he is being held

3

in the Special Housing Unit or because of the level of security, phone calls are permitted, but only if an officer is in the room with Mr. Baker, which eliminates any attorney-client privilege and interferes with discussions of his case and trial preparation.

8. Mr. Baker has no criminal history. He can return to the apartment where he was living at the time of his arrest. Though sometimes homeless, he has been in the Tallahassee area for many years.

WHEREFORE, because the post-election turmoil has faded, because the date Mr. Baker expected trouble at the Capitol has passed, and so he can adequately prepare for trial, Mr. Baker requests the Court to enter an order releasing him from custody under appropriate conditions.

**CERTIFICATE OF SERVICE AND WORD COUNT**

I certify that a copy of the foregoing has been furnished electronically via ECF to Assistant United States Attorney's Lazaro Fields and Steven Kunz this 7th day of April, 2021. This motion has 689 words.

Respectfully submitted,

*/s/ Randolph P. Murrell*
Randolph P. Murrell
Federal Public Defender
Florida Bar No. 220256
227 N. Bronough St., Ste. 4200
Tallahassee, FL 32301
Phone (850) 942-8818
Attorney for the Defendant