*The defense hired a Florida State University graduate student to examine available media for angry or threatening postings during the time leading up to and immediately following the Presidential election. Below is some of what he found.*

- April 17, 2020 "LIBERATE MINNESOTA!" "LIBERATE MICHIGAN!" and "LIBERATE VIRGINIA, and save your great 2nd Amendment. It is under siege!" – President Trump, Twitter

- May 28, 2020 President Trump retweets a video with supporter saying "The only good Democrat is a dead Democrat."

- December 1, 2020: Lin Wood (member of President's Trump's legal team) proclaims on Parler: "Our country is headed to Civil War…President Trump must follow the precedent of Abraham Lincoln and declare martial law."

- December 8, 2020: In response to a Stop the Steal tweet saying "I am willing to give my life for this fight," the Arizona GOP tweets, "He is. Are you?" Tweet deleted after criticism.

- October 20, 2020. Users in a chatroom for dues-paying members of the Oath Keepers question what their course of action will be if Biden is elected and authoritarian rule is implemented, responding to a video uploaded online by the conspiracy theory outlet Infowars. One user replies, "Choose a side and fight, looking down the sights of a rifle at our fellow Americans. You'd think we would have learned our lesson the last time."

- October 26, 2020. Users in a group chat on the platform MeWe called "AMERICAN CIVIL WAR 2.0" discuss the potential for bloodshed after the election. The group contains several unlawful militia members and supporters. One user with the display name "William Flatt" writes "Leftists have already fired the first shots" and promises that "when the Right eventually hits back, the bloodshed will be Biblical."

- October 27, 2020. Oath Keepers leader Stewart Rhodes tells conspiracy theorist radio host Alex Jones that members of his militia movement group plan to station members at polling locations across the country to "protect" Trump voters. During the same interview, Rhodes says his group would station near Washington, D.C. on Election Day to protect President Trump in the event of a "Benghazi-style" attack on the White House.

- November 30, 3030. A President Trump campaign lawyer appears on Newsmax TV and says that Chris Kreps, the former director of the Department of Homeland Security's Cybersecurity and Infrastructure Security Agency (CISA), "should be drawn and quartered. He should be taken out at dawn and shot."

- January 1, 2020. Lin Wood tweets that Vice President Pence should be executed by firing squad.