**Randolph Murrell**

| | |
|---|---|
| **From:** | David Arnold <dxArnold@bop.gov> |
| **Sent:** | Sunday, April 4, 2021 8:17 AM |
| **To:** | Randolph Murrell |
| **Subject:** | Re: ▮▮▮▮▮▮ |

Mr. Murrell,

The earliest I can honor this request is April 12, 2021 at 08:30 a. m. .

>>> Randolph Murrell <Randolph_Murrell@fd.org> 4/2/2021 11:50 AM >>>
Mr. Arnold –

I'd like to have an in-person visit sometime next week with  .

There are a fair amount of videos in his case that I need to show him as he has a trial scheduled for the end of this month. I will need to bring a laptop. The visit could last two or three hours.

Randy Murrell
933-9306