## Office of the
## FEDERAL PUBLIC DEFENDER
### NORTHERN DISTRICT OF FLORIDA

**RANDOLPH P. MURRELL**
Federal Public Defender

Attorneys
Terri L. Backhus
Lauren Cobb
Joseph F. DeBelder
Sean Gunn
Timothy C. Halstrom
Darren J. Johnson
Thomas S. Keith
Randall S. Lockhart
Linda McDermott
Megan Saillant
Richard M. Summa
Elizabeth L. Vallejo



**Reply to Tallahassee Office**
227 N. Bronough Street, Suite 4200
Tallahassee, FL 32301-1300
(850) 942-8818 Fax (850) 942-8809

**Gainesville Office**
101 S.E. Second Place
Suite 112
Gainesville, FL 32601-6591
(352) 373-5823 Fax: 373-7644

**Pensacola Office**
3 W. Garden Street
Suite 200
Pensacola, FL 32502-5654
(850) 432-1418 Fax: 434-3855

February 26, 2021

Captain Justin Winston
Federal Detention Center
501 Capital Circle, NE
Tallahassee, FL 32301

Re: *Daniel Baker*

Dear Captain Winston:

Though I'm not sure whether this carries any weight, I am writing in hopes you'll reevaluate Daniel Baker's security level. I'm sure I don't need to tell you about his small stature. Having met with him several times and made some inquiries into his background, though, I can assure you he is essentially harmless. You may have heard something about his jiu jitsu training. It turns out, though, that he is, at best, a mid-level practitioner, some four levels down from a black belt. As I'm sure you know, he has some strongly held political opinions, but those opinions don't amount to anything more than a lot of talk.

I make this request thinking it may better his circumstances there at the Detention Center, though I know many of the restrictions come with being in the special housing unit. I do think the restrictions make it harder for me to visit with him. Frankly, though, my guess is the restrictions mostly just create a lot of extra demands on your staff.

I also want to alert you to the conditions in the cell where he has been held. Apparently, there has been a mentally disturbed prisoner (Jordan?) in the special housing unit who has managed to spread his feces over the cells he's occupied. Mr. Baker found himself moved into a cell with feces on the walls and ceiling, which he assumes had been occupied by the disturbed inmate. It's my understanding, the officers gave Baker cleaning materials, and Mr. Baker tells me he has managed to clean most of the cell. There are parts of the cell, though, he says he cannot reach. Please consider this a request to remedy that circumstance.

EXHIBIT 3

I appreciate any consideration you can give to his security level. I am happy to talk with you about it further if it would help.

Sincerely,

Randolph P. Murrell
Federal Public Defender

cc: Warden Strong

EXHIBIT 3