UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 4:21cr-10-AW

DANIEL ALAN BAKER,

    Defendant.
_____/

**DEFENDANT'S REQUESTED JURY
INSTRUCTION DEFINING "TRUE THREAT"**

Defendant, Daniel Baker, moves the Court to include the following statement in defining for the jury a "true threat":

> To qualify as a true threat, a communication must be a threat to commit an unlawful act.

MEMORANDUM

If the communication is to qualify as a true threat, it must be a threat to do something unlawful. *See Elonis v. United States*, 135 S. Ct. 2001, 2019 (2015) ("To qualify as a true threat, a communication must be a serious expression of an intention to commit *unlawful* physical violence . . .") (emphasis added)); *see also: United States v. Khan,* 937

F.3d 1042, 1051 (7th Cir. 2019) ("A 'true threat' is a serious expression of an intent to commit an act of *unlawful* violence to a particular individual or group of individuals.") (citation and internal punctuation omitted and emphasis added)).

### CERTIFICATE OF SERVICE AND WORD COUNT

I certify that a copy of the foregoing has been furnished electronically via ECF to Assistant United States Attorneys Lazaro Fields and Stephen Kunz this 12th day of April 2021. This motion has 238 words.

                                    Respectfully submitted,

                                    */s/ Randolph P. Murrell*
                                    Randolph P. Murrell
                                    Federal Public Defender
                                    Florida Bar No. 220256
                                    227 N. Bronough St., Ste. 4200
                                    Tallahassee, FL 32301
                                    Phone (850) 942-8818
                                    Attorney for the Defendant