**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

**vs.**                                   **CASE NO: 4:21-CR-10-AW-MAF**

**DANIEL ALAN BAKER**

    **Defendant.**
_____/

## ORDER

Defendant filed a "Motion to Reconsider Detention Order," ECF No. 34, seeking his release pending trial. The government filed a response in opposition. ECF No. 39. A hearing was held this day in consideration of the motion. In addition, Defendant maintained that he is need of prescription eyeglasses because his own pair is missing a lens; and he is unable to see at a distance or read. Finally, Defendant argued that there are significant restrictions at the Detention Center that interfere with counsel's ability to properly confer with his client confidentially and prepare the case for trial. Accordingly, it is

    **ORDERED:**

    1.    For the reasons stated on the record, Defendant's motion for reconsideration, ECF No. 34, is **DENIED**.

2.	The Detention Center shall provide Defendant with his necessary prescription glasses as soon as practicable.

3.	Counsel shall be given access to his client. Counsel shall file a separate motion addressing the limited access to Defendant properly represent him and prepare for trial.

DONE AND ORDERED on April 14, 2021.

/s/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:21-CR-10-AW-MAF