**Randolph Murrell**

| | |
|---|---|
| **From:** | Randolph Murrell |
| **Sent:** | Wednesday, March 31, 2021 3:19 PM |
| **To:** | 'Fields, Lazaro (USAFLN)'; Kunz, Stephen (USAFLN) |
| **Cc:** | Elizabeth Vallejo |
| **Subject:** | Daniel Baker |

Laz and Stephen –

We can talk about this, but I thought I'd get the conversation started with this email.

Looking over some of the newspaper articles leading up to the Biden inauguration, there was mention that law enforcement officials weren't aware of any threat to the Florida Capitol. I'd like to get that information before the jury. My thinking is that it's not much of a threat if there isn't anyone out there being threatened. Of course, you may not agree, but I'd still like a chance to present that testimony.

I have a call into a Major Friend at TPD, I've talked to Deputy Marshall Horne, I've talked to a reporter who said her information about the absence of any threats came from the FDLE Commissioner, and I've talked to the lawyer for the Leon County Sheriff's Office who tells me he has no idea who I should talk to at the Sheriff's Office. From what I can tell, though, the information came from the FBI in telephone conference calls with local law enforcement officials.

So, it looks like the source of the information was the FBI. I could call over there, but I didn't think I'd get far without going through your office.

My hope is that you can work with me and the FBI to figure out who the source of the information was or, maybe, we can just enter into some kind of a stipulation.

I'll call you in the next day or so.

Randy

**Randolph Murrell**

| | |
|---|---|
| **From:** | Randolph Murrell |
| **Sent:** | Friday, April 2, 2021 11:53 AM |
| **To:** | 'Fields, Lazaro (USAFLN)' |
| **Subject:** | Daniel Baker |

Laz –

When you get a chance would you call me about the email I sent yesterday, the business about the FBI and its intelligence regarding the threat to the Florida Capitol.

Randy
933-9306

# Randolph Murrell

| | |
|---|---|
| **From:** | Randolph Murrell |
| **Sent:** | Monday, April 5, 2021 3:44 PM |
| **To:** | 'Fields, Lazaro (USAFLN)' |
| **Cc:** | Kunz, Stephen (USAFLN); Elizabeth Vallejo |
| **Subject:** | RE: Baker |
| **Attachments:** | Tampa Bay Times 1-14-21.pdf; Revell - No Threat to Capitol.pdf |

Laz –

Thanks for checking. I have to say, though, evidence that law enforcement found no credible threats to the Capitol is important to our case. I've attached an article from the Tampa Bay Times and the Tallahassee Democrat that suggest the FBI was providing intelligence to local law enforcement.

I've called the Tallahassee Police Department and the head of intelligence told me he couldn't provide me any information about the intelligence that existed. I spoke with the lawyer for the Sheriff's Department who told me he had no idea who I should talk to in the Sheriff's Office. So, at this point, I'm planning to send a trial subpoena to Sheriff McNeil and Chief Revell and, maybe, they'll be able to provide some info.

I would, of course, be happy to enter into a stipulation regarding what was known to law enforcement.

Randy

---

**From:** Fields, Lazaro (USAFLN) <Lazaro.Fields@usdoj.gov>
**Sent:** Monday, April 5, 2021 3:13 PM
**To:** Randolph Murrell <Randolph_Murrell@fd.org>
**Cc:** Elizabeth Vallejo <Elizabeth_Vallejo@fd.org>; Kunz, Stephen (USAFLN) <Stephen.Kunz@usdoj.gov>
**Subject:** RE: Baker

Randy:

My apologies for taking a while to get back to you, but I am out of the office this week. As it relates to your question regarding what entity publicly stated there was no threat, Stephen and I understand where you're coming from. We're generally aware of some of the news articles that made such representations.  After checking with the FBI, we do not believe any of those statements were made by the FBI.  Many of the articles were posted after Mr. Baker's arrest, although some were posted prior. Nevertheless, for public safety reasons, we—and our law enforcement partners—are limited on what type of information can be publicly disseminated. As was publicly reported, in early January, when the public was on high alert in advance of the Inauguration, a command center was stood up to monitor for violence in Tallahassee.  The media—and much of the public—wanted to be assured that what happened in Washington D.C. would not occur in Tallahassee.  I believe that is what precipitated some of the comments you're referring to.  As you can tell from the affidavit in support of the complaint, law enforcement was monitoring Mr. Baker for quite some time. However, as I know you can

1

appreciate, for the safety of any individual being monitored or investigated, and the safety of the public and law enforcement, law enforcement generally cannot publicly confirm whether an investigation exists, or even the absence of an investigation.

With regard to statements made by Mr. Baker, Stephen and I expect to get you supplemental discovery very soon. We had hoped to turn it over by now, but unfortunately, some things are out of our control. Without getting into much detail, we expect to have it to you any day now.

Finally, I think you're referring to Mr. Baker's post arrest statement at the FBI, the audio and video of which were included in our initial discovery disclosure? If so, we did not get that transcribed.

Best,

Laz

Lazaro Fields
Assistant U.S. Attorney
U.S. Attorney's Office, NDFL
111 N. Adams Street
4th Floor, U.S. Courthouse
Tallahassee, Florida 32301-7736
Office: 850-942-8430
Fax: 850-942-8448

---

**From:** Randolph Murrell <Randolph_Murrell@fd.org>
**Sent:** Monday, April 5, 2021 1:45 PM
**To:** Fields, Lazaro (USAFLN) <LFields@usa.doj.gov>
**Cc:** Elizabeth Vallejo <Elizabeth_Vallejo@fd.org>
**Subject:** Baker

Laz –

Just let me know when you have a minute to talk about the witness I mentioned in that last email. There's also Baker's statements to me that he had interacted with the FBI over the last few years. He mentioned conversations where he reported threats made against him and also cooperation in an investigation. I'd like to see about getting that info as well.

For the moment, though, I'm about to pay a court reporter to transcribe the recording of the statement Baker made after his arrest. Before I did so, I wanted to check and see if you had a transcript you were willing to give me. Do you?

Randy

**Randolph Murrell**

| | |
|---|---|
| **From:** | Randolph Murrell |
| **Sent:** | Tuesday, April 6, 2021 8:42 AM |
| **To:** | 'Fields, Lazaro (USAFLN)' |
| **Cc:** | Kunz, Stephen (USAFLN); Elizabeth Vallejo |
| **Subject:** | FBI Information |

Laz –

Given our email exchange, my understanding is that either the FBI has no information about the threat or absence of a threat to the Florida Capitol on the day of President Biden's inauguration or, for one reason or another, you're unable to disclose that information. If it is the latter, please let me know as my intent would be to get a ruling from the Court.

At any rate, to make it formal, please accept this email as a request for any information the FBI has about that threat or the absence of one. In my view the absence of the threat is relevant to the issue of whether Mr. Baker's "Call to Arms" is a true threat. The theory being if there was no one to threaten, it is unlikely the statement is a true threat. I make the request pursuant to Brady v. Maryland, 373 U.S. 83 (1963) as I believe the evidence to be exculpatory.

Randy