*Office of the*
# FEDERAL PUBLIC DEFENDER
*NORTHERN DISTRICT OF FLORIDA*

**RANDOLPH P. MURRELL**
Federal Public Defender
**Attorneys**
Terri L. Backhus
Lauren Cobb
Joseph F. DeBelder
Sean Gunn
Timothy C. Halstrom
Darren J. Johnson
Thomas S. Keith
Randall S. Lockhart
Linda McDermott
Megan Saillant
Richard M. Summa
Elizabeth L. Vallejo



**Reply to Tallahassee Office**
227 N. Bronough Street, Suite 4200
Tallahassee, FL 32301-1300
(850) 942-8818 Fax (850) 942-8809

**Gainesville Office**
101 S.E. Second Place
Suite 112
Gainesville, FL 32601-6591
(352) 373-5823 Fax: 373-7644

**Pensacola Office**
3 W. Garden Street
Suite 200
Pensacola, FL 32502-5654
(850) 432-1418 Fax: 434-3855

April 7, 2021

Sheriff Walt McNeil
Leon County Sheriff's Office
2825 Municipal Way
Tallahassee, FL 32304

Re: *United States v. Daniel Baker*

Dear Sheriff McNeil:

Along with this letter, you're receiving a subpoena requiring your appearance in federal court during the week of May 4, 2021 to testify in the case of *United States v. Daniel Baker*.

The United States Attorney's Office has indicted Mr. Baker for posting threats on his Facebook page. He had published what he called a "Call to Arms," in which he asked for armed volunteers to defend the Capitol against what he thought would be an assault similar to what took place at the United States Capitol on January 6th.

According to news articles leading up to President Biden's inauguration, law enforcement officials had concluded there were no apparent threats to Florida's Capitol. It is that information I would like to present to the jury.

It seems likely to me the FBI provided the information to local law enforcement officials. Nonetheless, thus far, the U.S. Attorney's Office tells me they don't think that was the case and that, for public safety reasons, they are limited in what they can disclose.

Last week, I called your office and asked to speak with someone about the intelligence regarding the threat to the Florida Capitol on the day of President Biden's inauguration. The officer answering the phone wasn't sure who I should talk with, so I called James Pimentel who "had no idea" who I should talk with.

Thus, while you may not be in the best position to provide the trial testimony, I am afraid I don't know who else to subpoena.

Sheriff Walt McNeil
November 23, 2020
Page 2 of 2

I am open to talking about this. I hope we can find the individual in the best position to offer this testimony and call that individual as a witness. If you or anyone else on your staff would like to discuss this, the best number for me these days is my cell phone: (850) 933-9306.

Sincerely,

Randolph P. Murrell
Federal Public Defender

RPM/pj

cc: Asst. U.S. Atty Lazaro Fields
    Asst. U.S. Atty. Stephen Kunz

*Office of the*
# FEDERAL PUBLIC DEFENDER
*NORTHERN DISTRICT OF FLORIDA*

**RANDOLPH P. MURRELL**
Federal Public Defender
**Attorneys**
Terri L. Backhus
Lauren Cobb
Joseph F. DeBelder
Sean Gunn
Timothy C. Halstrom
Darren J. Johnson
Thomas S. Keith
Randall S. Lockhart
Linda McDermott
Megan Saillant
Richard M. Summa
Elizabeth L. Vallejo



**Reply to Tallahassee Office**
227 N. Bronough Street, Suite 4200
Tallahassee, FL 32301-1300
(850) 942-8818 Fax (850) 942-8809

**Gainesville Office**
101 S.E. Second Place
Suite 112
Gainesville, FL 32601-6591
(352) 373-5823 Fax: 373-7644

**Pensacola Office**
3 W. Garden Street
Suite 200
Pensacola, FL 32502-5654
(850) 432-1418 Fax: 434-3855

April 7, 2021

Chief Lawrence Revell
Tallahassee Police Department
234 E 7th Avenue
Tallahassee, FL 32303

Re: *United States v. Daniel Baker*

Dear Chief Revell:

Along with this letter, you're receiving a subpoena requiring your appearance in federal court during the week of May 4, 2021 to testify in the case of *United States v. Daniel Baker*.

The United States Attorney's Office has indicted Mr. Baker for posting threats on his Facebook page. He had published what he called a "Call to Arms," in which he asked for armed volunteers to defend the Capitol against what he thought would be an assault similar to what took place at the United States Capitol on January 6th.

According to the news articles leading up to President Biden's inauguration, law enforcement officials had concluded there were no apparent threats to Florida's Capitol. It is that information I would like to present to the jury.

It seems likely to me that the FBI provided the information to local law enforcement officials. Nonetheless, thus far, the U.S. Attorney's Office tells me they don't think that was the case and that, for public safety reasons, they are limited in what they can disclose.

Last week, I called the Tallahassee Police Department and spoke with Major Friendly. I explained what I was looking for and that I was hoping to speak to someone about the intelligence. He advised that he could not disclose that information.

Thus, while you may not be in the best position to provide the trial testimony, I am afraid I don't know who else to subpoena.

Chief Lawrence Revell
November 23, 2020
Page 2 of 2

I am open to talking about this. I hope that we can find the individual in the best position to offer this testimony and call that individual as a witness. If you or anyone else on your staff would like to discuss this, the best number for me these days is my cell phone: (850) 933-9306.

Sincerely,

Randolph P. Murrell
Federal Public Defender

RPM/pj

Enclosure

cc: Asst. U.S. Atty Lazaro Fields
    Asst. U.S. Atty. Stephen Kunz