**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Plaintiff, | ) Case No: 4:21cr10 |
|  | ) |
| v. | ) Tallahassee, Florida |
|  | ) April 14, 2021 |
| DANIEL ALAN BAKER, | ) 1:46 PM – 1:55 PM |
| Defendant. | ) |

**TRANSCRIPT OF DIGITALLY RECORDED**
**MOTION TO RECONSIDER DETENTION ORDER**
**BEFORE THE HONORABLE MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**
**(Pages 1 through 9)**

APPEARANCES:

| | |
|---|---|
| For the Government: | United States Attorney's Office |
| | By: LAZARO FIELDS |
| | Assistant U.S. Attorney |
| | Lazaro.Fields@usdoj.gov |
| | 111 North Adams Street |
| | Fourth Floor |
| | Tallahassee, Florida 32301 |
| | |
| For the Defendant: | Federal Public Defender's Office |
| | By: RANDOLPH P. MURRELL |
| | Federal Public Defender |
| | randolph_murrell@fd.org |
| | 227 N. Bronough Street, Suite 4200 |
| | Tallahassee, Florida 32301 |
| | |
| | Federal Public Defender's Office |
| | By: ELIZABETH LINDA VALLEJO |
| | Asst. Federal Public Defender |
| | elizabeth_vallejo@fd.org |
| | 227 N. Bronough Street, Suite 4200 |
| | Tallahassee, Florida 32301 |
| | |
| TRANSCRIBED BY: | MEGAN A. HAGUE, RPR, FCRR, CSR |
| | Offical U.S. Court Reporter |
| | 111 North Adams Street |
| | Tallahassee, Florida 32301 |
| | 850.422.0011 megan.a.hague@gmail.com |

*Proceedings recorded by digital recorder.*
*Transcript produced with Computer-Aided Transcription.*

```
 1                         P R O C E E D I N G S
 2            (Following is an excerpt of the Motion to Reconsider
 3    Detention Order held on the 14th day of April, 2021, at
 4    1:46 PM.)
 5                 THE COURT:  Good afternoon, sir.
 6                 Are you Mr. Phillips?
 7                 THE WITNESS:  Good afternoon.
 8                 Yes.
 9                 THE COURT:  Can you raise your right hand for me?
10         DAVID L. PHILLIPS, DEFENSE WITNESS, DULY SWORN
11                 THE WITNESS:  I do.
12                 THE COURT:  All right.  Thank you, sir.
13                 If you can state your full name for me.
14                 THE WITNESS:  David Lawrence Phillips.
15                 THE COURT:  Thank you, sir.
16                 MS. VALLEJO:  Your Honor, I have Dr. -- or
17    Professor Phillips' CV if Your Honor would want that.
18                 THE COURT:  They handed it to me already.
19                 Is there any objection to this CV coming into
20    evidence?
21                 MR. FIELDS:  No objection other than the one I already
22    raised, Your Honor.
23                 THE COURT:  Okay.  That will be admitted as Exhibit 1.
24            (DEFENDANT EXHIBIT 1:  Received in evidence.)
25                 MS. VALLEJO:  Thank you, Your Honor.
```

```
 1                     DIRECT EXAMINATION
 2   BY MS. VALLEJO:
 3   Q.   Good afternoon, Professor Phillips.
 4        Can you hear me --
 5   A.   Good afternoon.
 6   Q.   What is your profession?
 7   A.   I am on the faculty of Columbia University.  I direct the
 8   Program on Human Rights and Peace-building at the University,
 9   Institute for the Study of Human Rights.
10   Q.   Okay.  And how many years have -- would you say have you
11   worked in peace-building in general?
12   A.   I've worked in human rights and peace-building for more
13   than three decades.
14   Q.   Okay.  What is your educational background?
15             THE COURT:  I mean, I have his CV.
16   A.   I studied abroad at the University of Zurich.  I have an
17   undergraduate degree from (indiscernible).  I'm also
18   holder of an honorary doctorate from Texas State University.
19             MS. VALLEJO:  And, Your Honor, I just have a couple
20   more questions --
21             THE COURT:  That's fine.
22             MS. VALLEJO:  -- about his background.
23   BY MS. VALLEJO:
24   Q.   Now, Professor Phillips, over the course of your career,
25   have you done any peace-building work for the United Nations?
```

1  A.   Yes.  I served as a senior adviser of the United Nations
2  Secretary for the Office of the Coordination of Humanitarian
3  Affairs.
4  Q.   Okay.  And have you also served as a foreign affairs expert
5  and an adviser as well to the United States Department of State?
6  A.   Yes, that's correct.  I served in that capacity in three
7  administrations:  The Clinton, Bush, and Obama administrations.
8  Q.   Okay.  And do you specialize in any particular area of
9  world conflict?
10 A.   My geographic focus is on the Middle East with a
11 concentration on Kurdish issues, Syria, Iraq, and Turkey.
12 Q.   Have you authored any books regarding specifically the
13 Kurds in the Middle East?
14 A.   Yes.  I authored -- I authored nine books, some of which
15 are focused on Middle East and Kurdish issues.
16 Q.   Okay.  Now, I'd like to shift your attention here to the
17 YPG, or the People's Protection Units.
18      Can you explain to us what that is?
19 A.   The YPG is a militia of Kurds in Syria who partnered with
20 the U.S. Department of Defense in a global coalition against
21 ISIL.
22 Q.   Okay.  And what relationship -- I know you said they
23 partnered with the United States, but what type of relationship,
24 specifically, does the YPG have with the United States?
25 A.   So beginning in 2015, the U.S. and the YPG cooperated

1   closely. The U.S. delivered weapons to the YPG, medical

2   supplies, and food supplies. It was because of the U.S.

3   assistance that the YPG was able to defeat ISIS in Kobani, which

4   was a turning point in the struggle against ISIS and Islamic

5   extremism.

6   Q.   Okay. Thank you.

7        And what is the PKK?

8   A.   The PKK is an organization of Kurds in Turkey dedicated to

9   greater cultural and political life for Turkish citizens of

10  Turkish origin.

11  Q.   Okay. Has the PKK been designated by the United States

12  government as a foreign terrorist organization?

13  A.   Yes.

14  Q.   Okay. And why?

15  A.   Between 1984 and the present, there's been a violent

16  conflict in Turkey. During this conflict, 40,000 people on both

17  sides have died and several million have been displaced. The

18  PKK is viewed as an antagonist to Turkey which is a US NATO

19  ally.

20  Q.   Okay. And what, if any, legal distinctions exist between

21  the PKK and the YPG?

22  A.   There's a significant legal distinction between the two

23  organizations.

24       PKK is identified by the U.S. Department of State as a

25  foreign terrorist organizations, an FTO. YPG is not considered

1  an FTO. It's considered a security partner.
2  Q. I'm sorry. It's considered a security?
3  A. Security partner.
4  Q. Okay. So is YPG, then, part of the PKK, or would you say
5  that they are two separate organizations?
6  A. They are entirely different organizations. The PKK exerts
7  no operational control over the YPG.
8          MS. VALLEJO: Your Honor, I have no further questions.
9          THE COURT: Any questions?
10         MR. FIELDS: Briefly, Your Honor.
11                       CROSS-EXAMINATION
12 BY MR. FIELDS:
13 Q. Good afternoon, Dr. Phillips. My name is Lazaro Fields,
14 I'm a prosecutor, and I'm going to ask you a couple of
15 questions, if that's okay.
16 A. Sure.
17 Q. What is the basis of your testimony about the YPG?
18    How do you know about the YPG?
19 A. I interact extensively with U.S. officials, European
20 officials, as well as UN representatives about the YPG. I've
21 also been in contact with Kurds from Syria to discuss various
22 issues.
23 Q. Have you traveled to Syria?
24 A. Yes, I have.
25 Q. Did you interact with members of the YPG while you were in

1 Syria?
2 A. Yes, I did. I also interacted with members of the YPJ,
3 which is a sister organization of the YPG comprised of Syrian
4 Kurdish women.
5 Q. Did you interact with members of the PKK while you were in
6 Syria?
7 A. No, I did not.
8 Q. Now, you testified that the YPG fought ISIL or ISIS; right?
9 A. That's correct. At our behest, they were U.S. boots on the
10 ground. And took the point of the spear in our fight against
11 ISIS. It should be noted by the Court that as a result of their
12 cooperation, 11,000 members of the YPG died and 23,000 were
13 seriously injured. So they paid a significant price for their
14 involvement in encountering ISIS.
15 Q. Now, the YPG also is in armed conflict with the Turkish
16 government; is that correct?
17 A. No, that's not correct.
18 Q. You testified that the United States said they delivered
19 weapons to the YPG. When was that?
20 A. In the fall of 2015, when the city of Kobani in northern
21 Syria on the Turkish border was under siege by ISIS, USC-130
22 transport planes airlifted weapons and other supplies to the YPG
23 and the YPK.
24 Q. Have you ever met the defendant, Mr. Baker?
25 A. No, I have not.

| | |
|---|---|
| 1 | Q. You haven't seen any of his videos while he was in Syria |
| 2 | with YPG? |
| 3 | A. No, I have not. |
| 4 | MR. FIELDS: Nothing further, Your Honor. Thank you. |
| 5 | THE COURT: Any redirect? |
| 6 | MS. VALLEJO: No, Your Honor. |
| 7 | THE COURT: Thank you very much, sir. I appreciate |
| 8 | your help. |
| 9 | MR. MURRELL: Thank you, Dr. Baker -- or Dr. Phillips. |
| 10 | THE WITNESS: Am I dismissed for the day? |
| 11 | THE COURT: You are. |
| 12 | MR. MURRELL: You are. Thank you. |
| 13 | THE WITNESS: Thank you all. |
| 14 | Thank you, Your Honor. |
| 15 | (This concludes the excerpt of the Motion to Reconsider |
| 16 | Detention Order held on the 14th day of April, 2021, at |
| 17 | 1:55 PM.) |
| 18 | * * * * * * * * |
| 19 | I certify that the foregoing is a correct transcript |
| 20 | from the digital recording of the proceedings in the above-entitled matter. Any redaction of personal data |
| 21 | identifiers pursuant to the Judicial Conference Policy on Privacy is noted within the transcript. |
| 22 | |
| 23 | /s/ Megan A. Hague_____                    4/22/2021 |
| 24 | Megan A. Hague, RPR, CSR                         Date
Official U.S Court Reporter |
| 25 | |

**I N D E X**

DEFENDANT'S WITNESS                                              PAGE

DAVID L. PHILLIPS
Direct Examination By Ms. Vallejo                                  3
Cross-Examination By Mr. Fields                                    6


DEFENDANT'S EXHIBIT                              OFFERED    RECEIVED

1        David L. Phillips CV                       2          2