UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No. 4:21cr10

DANIEL ALAN BAKER,

    Defendant.
_____/

**DEFENDANT'S EXHIBIT LIST**

    Defendant, Daniel Baker, gives notice he intends to introduce at trial these exhibits:

    1. A video excerpt from the January 15, 2021, questioning of the defendant following his arrest. The excerpt begins at approximately 8:15:17 to 8:16-52.

    2. News article from the January 12, 2021, edition of the Tampa Bay Times entitled "After FBI alert, Fla. monitors calls for armed marches."

3. A CNN news article entitled "Extremist intensify calls for violence ahead of Inauguration Day," dated January 8, 2021, the link to which was provided in the Mr. Baker's "Call to Arms."

4. A January 8, 2021, post of Mr. Baker in which begins with "I have acquired a sponsor (Soros, you know, the antifa card was finally approved) . . .

## CERTIFICATE OF SERVICE AND WORD COUNT

I certify that a copy of the foregoing has been furnished electronically via ECF to Assistant United States Attorney Steven Kunz this 27th day of April 2021. This motion has 219 words.

> Respectfully submitted,
>
> */s/ Randolph P. Murrell*
> Randolph P. Murrell
> Federal Public Defender
> Florida Bar No. 220256
> 227 N. Bronough St., Ste. 4200
> Tallahassee, FL 32301
> Phone (850) 942-8818
> Attorney for the Defendant