UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 4:21cr10

DANIEL ALAN BAKER,

    Defendant.
_____/

**DEFENDANT'S REQUESTED VIOR DIRE QUESTIONS**

Defendant, Daniel Baker, moves this Court to allow defense counsel to conduct a limited voir dire pertaining to the questions listed below. Alternatively, he requests the Court to pose these questions to the jury:

1. The evidence presented will include derogatory statements made by Mr. Baker about President Trump. Many people in the country hold strong political opinions. Is there anyone who, because of Mr. Baker's disdain towards President Trump, will be unable to decide the case fairly and impartially?

2. The evidence includes a social media post in which Mr. Baker states he expects an incident, much like what occurred at the United States Capitol on January 6, 2021, to occur at the Florida Capitol.

The evidence will show, too, the alleged threats in this case are directed towards those Mr. Baker believed would assault the Florida Capitol. Is there anyone who, because of their strong feelings about January 6th incident, will be unable to decide the case fairly and impartially?

3. The evidence will show Mr. Baker sympathies lie with those on the left of the political spectrum and that he has disdain for those at the other end of the spectrum. Is there anyone who, because of their strong feelings about the politics of the day, will be unable to decide the case fairly and impartially?

**CERTIFICATE OF SERVICE AND WORD COUNT**

2

I certify that a copy of the foregoing has been furnished electronically via ECF to Assistant United States Attorney Steven Kunz this 27th day of April 2021. This motion has 233 words.

Respectfully submitted,

*/s/ Randolph P. Murrell*
Randolph P. Murrell
Federal Public Defender
Florida Bar No. 220256
227 N. Bronough St., Ste. 4200
Tallahassee, FL 32301
Phone (850) 942-8818
Attorney for the Defendant
