IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.: 4:21cr10-AW

DANIEL ALAN BAKER

      **Defendant**
_____/

**GOVERNMENT'S PROPOSED *VOIR DIRE* QUESTIONS**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys, and hereby files the below proposed *voir dire* topics for consideration by the Court during its inquiry of the venire:

1.    There has been some publicity about this case in the media. There is nothing wrong with a juror having prior information relating to a case; however, it is essential that the Court and counsel be informed of the nature and source of any prior information you may have received about this case.

    a.    Has any prospective juror heard anyone discuss

1

this matter in any manner whatsoever, from any source, including the news media, social media, the internet, courthouse personnel or acquaintances?

  b. Has any prospective juror discussed the case with anyone, including other prospective jurors, or heard anyone discuss this case, including other prospective jurors?

  c. Without stating what you have heard or read about this case, does any prospective juror hold any preconceived notion, opinion, or impressions with respect to the charges and the Defendant.

  d. If a prospective juror has an opinion or impression, is it fixed such that the juror cannot lay aside his/her impression or opinion and render a verdict based on the evidence presented in court.

  (In the event anyone indicates yes to any of these questions, it is requested that individual *voir dire* of the panel member be made outside the presence of the remaining panel members.)

  2. This case involves an allegation that a threat was made by the Defendant to use firearms to kill and kidnap other individuals around the time of the Inauguration of the 46th President of the

United States. Does any prospective juror hold any opinions or beliefs concerning firearms or violence that would prevent them from being fair and impartial in evaluating the evidence in this case?

3.    There may be evidence in this case that the Defendant was an avowed "leftist" and "anarchist" and threatened to cause harm or violence to individuals that supported former President Trump. Is there anything about the political beliefs of the Defendant or the intended victims in this case that would prevent a prospective juror from evaluating the evidence in a fair and impartial manner regardless of the political beliefs of the Defendant or the intended victims?

4.    Has anyone ever made a claim or filed suit against or involving the United States or one of its agencies? I am speaking now of a lawsuit or some type of administrative proceeding. The agency could be the Internal Revenue Service, the Veteran's administration, the Social Security Administration, Civil Service Commission, and so forth. If so, please explain.

5.    Do you or any of your immediate family members, or persons close to you, believe you may have any personal interest that may be affected by the outcome of this criminal case? If your answer is yes, please provide a brief explanation.

6. Does any prospective juror have a preconceived impression or opinion as to the guilt or innocence of the Defendant?

7. Does any member of the jury panel have feelings or beliefs about postings on social media (*i.e.*, Facebook, Instagram, YouTube) and that every posting is protected by the First Amendment's Freedom of Speech clause, such that no person should be prosecuted for a criminal offense such as making threatening communications, based upon the content of the social media post? Do you believe these feelings or beliefs could affect your ability to be impartial in this matter to either the Defendant or the Government?

8. Is there anything about the nature of the charges or type of offenses with which the Defendant is charged that would in any way affect your ability to be a fair and impartial juror?

9. Have any of you ever contacted any law enforcement agency to report a crime or to report your suspicions or concerns?

10. Have you or any members of your family or close friends ever been accused of, or convicted of, any crime? What was the charge and how long ago was it? Do you feel you or your family member or friend was treated fairly?

11. Have you or any members of your family or close friends ever been the subject of a criminal investigation? What was the

4

charge and how long ago was it? Do you feel you or your family member or friend was treated fairly?

12. Have you, any of your immediate family members, or persons close to you, ever been investigated or audited by the IRS, the Florida Department of Revenue, or any other governmental agency?

13. Have you or any members of your family or close friends ever testified in any type of proceeding (civil, criminal, divorce, etc.)? Please explain (type of case, who did you or your family member testify on behalf of, and how long ago).

14. Have any of you, or members of your immediate family, sought employment with or ever been employed by a law enforcement agency, such as the police, FBI, or any prosecutor's office?

15. Do any of you feel or believe that law enforcement officers or federal agents are generally more or less credible than other witnesses?

16. Do any of you believe that you would give more or less weight to, or be more or less likely to believe a witness for the government than the Defendant or a witness for the Defendant?

17. Have you, any of your immediate family members, or

persons close to you, ever been a plaintiff or defendant in a civil lawsuit, meaning have you sued somebody or been sued? If yes, please explain the timing of the lawsuit, the basic allegations in the suit, how long it was litigated, and how it was ultimately resolved.

18. Have any of you previously served as a Grand Juror or as a juror in a criminal trial in this or any other court?

19. Have you, any of your immediate family members, or persons close to you, ever attended law school, received any legal training, studied criminal justice, or worked as or for a lawyer or a law office?

20. Does anyone recognize or know any other prospective jury member in the jury box other than as a result of reporting here today? Does anyone recognize or know any courthouse employee?

21. Does anyone have any difficulty reading, speaking or understanding the English language?

22. As explained, this is a criminal case. At the conclusion of the evidence and trial, the Court will give you instructions on the laws that apply to the facts of this case. Will each of you agree to abide by the instructions given by the Court? Are there any of you who, for religious, moral, ethical, or philosophical reasons do not believe that you can follow the law given by the Court and determine

whether or not the Government has proven the case beyond a reasonable doubt?

  23. If one or more of the instructions on the law given to you by the Court are in conflict with your own personal beliefs, or if you disagree with any of the Court's instructions, will each of you still abide by the Court's instructions on the law?

WHEREFORE, the United States files the foregoing proposed *voir dire* questions on behalf of the United States.

Respectfully submitted,

JASON R. COODY
Acting United States Attorney

*/s/ Stephen M. Kunz*
STEPHEN M. KUNZ
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 322415
111 North Adams Street
Tallahassee, Florida 32301
(850) 942-8430
Stephen.Kunz@usdoj.gov

*/s/ Lazaro P. Fields*
LAZARO P. FIELDS
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 1004725
111 North Adams Street
Tallahassee, Florida 32301
(850) 942-8430
Lazaro.Fields@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served via CM/ECF to counsel of record on this 28th day of April 2021.

>/s/ *Lazaro P. Fields*
>LAZARO P. FIELDS
>Assistant United States Attorney