# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 4:21cr10-AW

DANIEL ALAN BAKER

      Defendant
_____/

## GOVERNMENT'S EXHIBIT LIST

| Presiding Judge: Hon. Allen C. Winsor | | Assistant United States Attorneys: Stephen M. Kunz/Lazaro P. Fields | Defense Attorneys: FPD Randolph Murrell/AFPD Elizabeth Vallejo | |
|---|---|---|---|---|
| Exhibit # | ID'd | Admitted | Exhibit Description | Witness |
| 1a-1b | | | "Defend Tallahassee" Threat Charged in Count 1 | SA Marti |
| 2a-2b | | | "Call to Arms" Threat Charged in Count 2 | SA Marti |
| 3 | | | Stipulation of Military Service of Defendant | SA Marti |
| 4a | | | Facebook Certificate of Authenticity | SA Marti |
| 4b | | | Facebook Subscriber Information | SA Marti |

| | | | | |
|---|---|---|---|---|
| 5a | | | Instagram Certificate of Authenticity | SA Marti |
| 5b | | | Instagram Subscriber Information | SA Marti |
| 6a | | | YouTube Certificate of Authenticity | SA Marti |
| 6b | | | YouTube Subscriber Information | SA Marti |
| 7 | | | 9/16/18 Facebook Photo of Defendant with Rifle | SA Marti |
| 8 | | | 12/22/18 Facebook Photo of Defendant with Grenades | SA Marti |
| 9a-9b | | | 01/06/20 Tampa Int'l Airport Photos of Defendant's Phone | SA Hill |
| 10 | | | 02/13/20 Photo of Defendant and Others | SA Marti |
| 11 | | | 02/20/20 Photo of Defendant with Sniper Rifle | SA Marti |
| 12a | | | 02/11/20 Facebook Post about VICE News Video | SA Marti |
| 12b | | | VICE News Video Featuring Defendant (Flash Drive) | SA Marti |
| 13 | | | 10/2/20 Defendant's Post about Rooftops | SA Marti |
| 14 | | | Not Used | |
| 15 | | | 10/20/20 Defendant's Post about Slaying Enemies | SA Marti |
| 16 | | | 10/20/19 YouTube Video of Defendant Shooting Rifle (Flash Drive) | SA Marti |
| 17 | | | 11/11/20 Photo of Defendant with Shotgun and Pistol | SA Marti |
| 18 | | | 11/23/20 Defendant's Post about Learning from CHOP/CHAZ | SA Marti |
| 19 | | | 12/13/20 Defendant's Post about Prison | SA Marti |
| 20 | | | 12/18/20 Defendant's Post about Jacksonville | SA Marti |
| 21 | | | 12/23/20 Defendant's Post about Purchasing Firearms | SA Marti |
| 22 | | | 12/29/20 Defendant's Message about Assaulting Law Enforcement | SA Marti |

| | | | | |
|---|---|---|---|---|
| 23 | | | 01/08/21 Defendant's Post about Being a Killer | SA Marti |
| 24 | | | 01/10/21 Defendant's Post about .22 LR and Silencer | SA Marti |
| 25 | | | 01/12/21 Defendant's Post about Death to America | SA Marti |
| 26 | | | 12/27/20 Defendant's Post about January 20, 2021 | SA Marti |
| 27 | | | 01/14/21 Defendant's Post about Armed March on State Capitols | SA Marti |
| 28 | | | 01/14/21 Defendant's Conversation about Purchasing AK-47 | SA Marti |
| 29 | | | 01/14/21 YouTube Video Printing "Call to Arms" Flyers (Flash Drive) | SA Marti |
| 30 | | | 01/14/21 Defendant's Text Messages about Call to Arms | SA Marti |
| 31a-31l | | | 01/15/21 Photographs of Defendant's Residence | SA McNair |
| 32a | | | 9 mm Taurus Pistol | SA McNair |
| 32b | | | 9 mm Ammunition | SA McNair |
| 33a | | | Shotgun | SA McNair |
| 33b | | | Shotgun Ammunition | SA McNair |
| 34 | | | Receipts of Rifle & Ammunition Purchases | SA McNair |
| 35a-35c | | | Mauser .22 LR Rifle Photos | SA McNair |
| 36 | | | Mauser .22 LR Rifle | SA McNair |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served via CM/ECF on this 3rd day of May, 2021.

*/s/ Lazaro P. Fields*
LAZARO P. FIELDS
Assistant United States Attorney