IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.: 4:21cr10-AW

DANIEL ALAN BAKER

        Defendant
_____/

## COURT'S EXHIBIT AND WITNESS LIST

| Exhibit # | ID'd | Admitted | Exhibit Description | Witness |
|---|---|---|---|---|
| | | | | |
| | | | **GOVERNMENT'S EXHIBITS** | |
| 1a-1b | 5/4/21 | 5/4/21 | "Defend Tallahassee" Threat Charged in Count 1 | SA Marti |
| 2a-2b | 5/4/21 | 5/4/21 | "Call to Arms" Threat Charged in Count 2 | SA Marti |
| 3 | 5/4/21 | 5/4/21 | Stipulation of Military Service of Defendant | SA Marti |
| 4a | 5/4/21 | 5/4/21 | Facebook Certificate of Authenticity | SA Marti |

| | | | | |
|---|---|---|---|---|
| 4b | 5/4/21 | 5/4/21 | Facebook Subscriber Information | SA Marti |
| 5a | 5/4/21 | 5/4/21 | Instagram Certificate of Authenticity | SA Marti |
| 5b | 5/4/21 | 5/4/21 | Instagram Subscriber Information | SA Marti |
| 6a | 5/4/21 | 5/4/21 | YouTube Certificate of Authenticity | SA Marti |
| 6b | 5/4/21 | 5/4/21 | YouTube Subscriber Information | SA Marti |
| 7 | 5/4/21 | 5/4/21 | 9/16/18 Facebook Photo of Defendant with Rifle | SA Marti |
| 8 | 5/4/21 | 5/4/21 | 12/22/18 Facebook Photo of Defendant with Grenades | SA Marti |
| 9a-9b | 5/4/21 | 5/4/21 | 01/13/20 Tampa Int'l Airport Photos of Defendant's Phone | SA Hill |
| 10 | 5/4/21 | 5/4/21 | 02/13/20 Photo of Defendant and Others | SA Marti |
| 11 | 5/4/21 | 5/4/21 | 02/20/20 Photo of Defendant with Sniper Rifle | SA Marti |
| 12a | 5/4/21 | 5/4/21 | 02/11/20 Facebook Post about VICE News Video | SA Marti |
| 12b | 5/4/21 | 5/4/21 | VICE News Video Featuring Defendant (Flash Drive) | SA Marti |
| 13 | 5/4/21 | 5/4/21 | 10/2/20 Defendant's Post about Rooftops | SA Marti |
| 14 | | | NOT USED | |
| 15 | 5/4/21 | 5/4/21 | 10/20/20 Defendant's Post about Slaying Enemies | SA Marti |
| 16 | 5/4/21 | 5/4/21 | 10/20/19 YouTube Video of Defendant Shooting Rifle (Flash Drive) | SA Marti |
| 17 | 5/4/21 | 5/4/21 | 11/11/20 Photo of Defendant with Shotgun and Pistol | SA Marti |
| 18 | 5/4/21 | 5/4/21 | 11/23/20 Defendant's Post about Learning from CHOP/CHAZ | SA Marti |

| | | | | |
|---|---|---|---|---|
| 19 | 5/4/21 | 5/4/21 | 12/13/20 Defendant's Post about Prison | SA Marti |
| 20 | 5/4/21 | 5/4/21 | 12/18/20 Defendant's Post about Jacksonville | SA Marti |
| 21 | 5/4/21 | 5/4/21 | 12/23/20 Defendant's Post about Purchasing Firearms – page 2 only | SA Marti |
| 22 | 5/4/21 | 5/4/21 | 12/29/20 Defendant's Post about Assaulting Law Enforcement | SA Marti |
| 23 | 5/4/21 | 5/4/21 | 01/08/21 Defendant's Post about Being a Killer | SA Marti |
| 24 | 5/4/21 | 5/4/21 | 01/10/21 Defendant's Post about .22 LR and Silencer | SA Marti |
| 25 | 5/4/21 | 5/4/21 | 01/12/21 Defendant's Post about Death to America | SA Marti |
| 26 | 5/4/21 | 5/4/21 | 12/27/20 Defendant's Post about January 20, 2021 | SA Marti |
| 27 | 5/4/21 | 5/4/21 | 01/14/21 Defendant's Post about Armed March on State Capitols | SA Marti |
| 28 | 5/4/21 | 5/4/21 | 01/14/21 Defendant's Conversation about Purchasing AK-47 | SA Marti |
| 29 | 5/4/21 | 5/4/21 | 01/14/21 YouTube Video Printing "Call to Arms" Flyers (Flash Drive) | SA Marti |
| 30 | 5/4/21 | 5/4/21 | 01/14/21 Defendant's Text Messages about Call to Arms | SA Marti |
| 31a-k | 5/5/21 | 5/5/21 | 01/15/21 Photographs of Defendant's Residence | SA McNair |
| 31l | 5/4/21 | 5/4/21 | Photograph of Defendant's Phone | SA Marti |
| 32a | 5/5/21 | 5/5/21 | 9 mm Taurus Pistol | SA McNair |
| 32b | 5/5/21 | 5/5/21 | 9 mm Ammunition | SA McNair |

| | | | | |
|---|---|---|---|---|
| 33a | 5/5/21 | 5/5/21 | Shotgun | SA McNair |
| 33b | 5/5/21 | 5/5/21 | Shotgun Ammunition | SA McNair |
| 34 | 5/5/21 | 5/5/21 | Messages from Phone Relating to Gun Purchases | SA McNair |
| 35a-c | 5/5/21 | 5/5/21 | Mauser .22 LR Rifle Photos | SA McNair |
| 36 | 5/5/21 | 5/5/21 | Mauser .22 LR Rifle | SA McNair |
| | | | | |
| | | | **DEFENDANT'S EXHIBITS** | |
| 1 | 5/5/21 | 5/5/21 | 1/12/21 Article from the Tampa Bay Times | Perez |
| 2 | 5/5/21 | 5/5/21 | 1/13/21 Article from the Tallahassee Democrat | Perez |
| 3 | 5/5/21 | 5/5/21 | Video Clip from Arrest 1/15/21 | Baker |
| 4 | 5/5/21 | 5/5/21 | CNN News article | Baker |
| 5 | 5/5/21 | 5/5/21 | Soros Post | Baker |
| A | 5/5/21 | 5/5/21 | Transcript from Police Interview | Proffer |