IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 4:21-cr-10-AW-MAF

DANIEL ALAN BAKER,

    Defendant.
_____/

## VERDICT

We, the Jury, unanimously find the Defendant, Daniel Alan Baker, as to Count One of the Indictment, sending in interstate commerce a true threat to kidnap or injure:

    ✓ Guilty

    ___ Not Guilty

FILED IN OPEN COURT THIS
5-6-21
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

1

We, the Jury, unanimously find the Defendant, Daniel Alan Baker, as to Count Two of the Indictment, sending in interstate commerce a true threat to kidnap or injure:

✓ Guilty

____ Not Guilty

SO SAY WE ALL.

Date: 5-6-21