**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

```
                              )
UNITED STATES OF AMERICA,     )
                              )
             Plaintiff,       ) Case No: 4:21cr10
                              )
         v.                   ) Tallahassee, Florida
                              ) May 5, 2021
DANIEL ALAN BAKER,            )
                              ) 10:23 AM
             Defendant.       )
_____)
```

**EXCERPT OF DEFENDANT'S TRIAL TESTIMONY**
**BEFORE THE HONORABLE ALLEN C. WINSOR**
**UNITED STATES DISTRICT JUDGE**
**(Pages 1 through 105)**

<u>APPEARANCES</u>:

```
For the Plaintiff:       United States Attorney's Office
                         By:  STEPHEN M KUNZ
                              LAZARO FIELDS
                              Asst. U.S. Attorneys
                              Stephen.Kunz@usdoj.gov
                              Lazaro.Fields@usdoj.gov
                         111 N. Adams Street, Fourth Floor
                         Tallahassee, Florida 32301


For the Defendant:       Federal Public Defender
                         By:  RANDALL MURRELL
                              ELIZABETH LINDA VALLEJO
                              Attorneys at Law
                              randolph_murrell@fd.org
                              elizabeth_vallejo@fd.org
                         227 N Bronough Street, Suite 4200
                         Tallahassee, Florida 32301
```

***LISA C. SNYDER, RPR, CRR***
**Official United States Court Reporter**
**111 North Adams Street, Tallahassee, FL 32301**
**(850)567-1374 * lisasnydercr@gmail.com**

*Proceedings reported by stenotype reporter.*
*Transcript produced by Computer-Aided Transcription.*

P R O C E E D I N G S

(Following is an excerpt of the jury trial held on the 5th day of May, 2021.)

MR. MURRELL:  Judge, which would like to call Mr. Baker as a witness.

(The defendant was duly sworn by the courtroom deputy clerk.)

THE WITNESS:  Daniel Baker B-a-k-e-r.

DIRECT EXAMINATION

BY MR. MURRELL:

Q.   Mr. Baker, I'm going to ask you to speak up so that we can hear you all the way in the back here.

How old are you?

A.   I am 33.  Turn 34 this year.

Q.   Where did you grow up?

A.   I grew up in Jupiter Farms, Florida.

Q.   How long have you been in Tallahassee?

A.   About the last 10 years.

Q.   How is it that you came to Tallahassee?

A.   When I became a Yoga teacher I became a vegetarian and I decided to give up accumulating material possessions.

Q.   Let me back you up.  You say you became visionary.  Can you tell me --

A.   Oh, a vegetarian.

Q.   Vegetarian.  I'm sorry.  And you decided to give up what

now?

A.    Material possessions.

Q.    How did that lead you to Tallahassee?

A.    I went to live out in the woods with these hippies called

The Rainbow Gathering, just to live outside for awhile and to

see what their, you know, community was like.  And I found that

they were a bunch of dumb hippies so I followed the Hare

Krishnas.  I rode with them to different Hare Krishna Yoga

temples around the U.S. and I ended up back at the one here in

Tallahassee.

Q.    Again how long have you been in Tallahassee?

A.    About 10 years.

Q.    I wanted to ask you about living in Tallahassee.  Over

these 10 years, have you been homeless?

A.    I have.  Not consistently, but, you know, maybe for a few

months every other year, or so.

Q.    How is that you were homeless?  How would you explain that?

A.    Well, I would be politically verbose at work, or if I had a

co-worker who was a woman, or a black co-worker that didn't get

paid as much as me, I would say something about it and I would

get fired.

Q.    What sort of jobs did you have?

A.    I worked at the Subway on Lake Bradford.  I worked at the

Subway on Tennessee Street, on the strip.  I have worked for C &

L Commercial Cleaners cleaning government buildings, all around

Tallahassee including the 4-H building and the DBPR building.

Q.   Have you worked as a security guard on occasion?

A.   Yes.  And also as a concessions stand manager at the football stadium and the civic center.

Q.   So when you were homeless how did you get by?  When you were out of work how did you get by?

A.   I would hold a "Hungry Veteran" sign and people would take care of me, or I would sell carnations that I bought from Publix to feel like I was working instead of just begging.

Q.   You mentioned Yoga.  Tell me about your Yoga experience or your training.

A.   I became a certified Yoga teacher when I got out of the Army because that was my natural inclination, and my dad kind of pushed me into the Army.  And I loved it so much that it kind of became the core of my character, and I have been practicing consistently six days a week for over a decade now.

Q.   When you say it became the core of your character, what do you mean by that?

A.   I mean that, you know, I became a vegetarian.  I would practice meditation and Yoga and mantra repetition.  I eventually became a Hindu, which I'm part of the Hare Krishna group of Hindus.  And, you know, I do the Yoga practice routine and breathing exercises every day to, you know, keep me mellow because when I would be begging or frustrated at work, or because I'm a little guy, people would mess with me a lot and

give me a hard time, or they'd say, "You're not really hungry, you're not really a veteran, you're not really homeless".  And I would get upset and I'd be like I'm just going to do my breathing exercises and calm down and go stretch out.

Q.   You mentioned Hare Krishna; what sort of role did that play in your life?

A.   I spent some time living in their vegetarian temples.  And the majority of like the work you do when you live there you don't really get paid.  You just live like a renounced lifestyle.  And I never became a renounced monk like my friend did, my roommate.  But mostly you distribute spiritual books and vegetarian food.  And, you know, I worked a Krishna lunch here in Tallahassee at FSU.

Q.   The view that the material things are not important is that part of the Hare Krishna?

A.   Yeah.  It's -- it's basically that, you know, all of this is temporary.  And, you know, the body is very temporary.  And your soul is eternal so it's better to focus on that.

Q.   Hare Krishna is based, at least in part, on some Hindu scriptures?

A.   Yeah; it focuses on Krishna and Vishnu.  Krishna being an incarnation of Vishnu.  And we also believe that the prophets are representatives of God and that Buddha is an incarnation of Krishna.

Q.   You mentioned your military experience.  You were in the

United States Army?

A.    Yes.

Q.    You went in at what rank?

A.    Private E 1.

Q.    And when you left what was your rank?

A.    E 1.

Q.    What sort of training did you have in the military?

A.    It was infantry training and airborne.  I also trained on the javelin shoulder-fired ant-tank rocket or missile.  It's not like a giant missile.  It's like a fancy RPG.

Q.    And was this training any different than anybody else would have gotten in the military?

A.    The javelin, you know, they will pick a person out of the unit to go to javelin school.  And I also went to squad designated marksman course to see if I was eligible to go to sniper school and I ended up like halfway in the class so I was not eligible to go to sniper school because of my vision.

Q.    Were you ever trained as a sniper?

A.    I never -- no, I never went to sniper school.  When I was a kid my dad kinda wanted me to be this great soldier, and this sniper, and he fed me books like *One Shot One Kill* by Carlos Hathcock, who was a Marine Corps sniper in Vietnam.

      And he took me shooting with his SWAT buddy, Dana, and he would make a one mile shot, and that impressed me as a kid, so I wanted to live up to this expectation.

Q.   And your father was a police officer?

A.   And he was a military veteran, Coast Guard and National
Guard.

Q.   And is it fair to say you were a good shot?

A.   Yeah.  You know, for having giant glasses.

Q.   There has also been a lot of talk about your participation
in the YPG.

     What is the YPG?

A.   The YPG is a leftist militia of Kurds who carved out their
own autonomous region in northeastern Syria, partially in
response to overbearing government policies by the president of
Syria, Bashar al-Assad.  He gassed a lot of people using these
deadly chemical weapons.  Not like crowd control gas, like
chlorine gas.

Q.   What role did the YPG have in the fight against ISIS?

A.   Well, they took it personally because ISIS has this
ideology of enslaving women, institutionalizing rape for people
who take a female captive -- she now belongs to this guy.  And
the Kurdish people are very feminist.  They come from a
matriarchal culture.  And as a result they take it personally
when you try to abuse their women.

     So, the women in the Kurdish culture are also very
militant.  The Kurdish women have this habit of like if a
husband misbehaves she will take off her shoe, you know, and
beat him.

MR. KUNZ:  Objection.

THE COURT:  What's the objection in a couple of words?

MR. MURRELL:  We can move on.

THE COURT:  Okay.  The objection is sustained and you can continue.

MR. MURRELL:  I'm sorry?

THE COURT:  I said the objection is sustained.  You can continue with a different question.

BY MR. MURRELL:

Q.    ISIS, what sort of organization was that?

A.    It's Salafi-Jihadism, which means that they are hardcore right wing fundamentalist Jihadis who believe in the practical, literal application of the Quran.

THE COURT:  Just a minute.  I'm sorry?

MR. KUNZ:  I thought we were talking about YPG.

THE COURT:  The question was, what is ISIS.

MR. KUNZ:  I'm sorry.

BY MR. MURRELL:

Q.    Tell me a little more about ISIS.

A.    They believe in the literal, practical application of the Quran in the old school sense, and they are known for -- they are known as head-choppers.  They behead their prisoners on video.  Send the videos to their family.  And they use this as a form of intimidation.  They --

Q.    Let me ask you this, so did the YPG participate in the

fight against ISIS?

A.    Yes.

Q.    Did the United States participate in the fight against ISIS?

A.    Yes.

Q.    And what was the role -- I guess I should back up.  You joined YPG.  Let's talk about that.

      How did you get to Syria to fight with the YPG?

A.    A U.S. soldier named Kevin Hodge gave me the contact email for the YPG.  I sent them an email.  They sent me some messages back of reading material.  And I read the material.  I gave them book reports.  They liked my answers.  And they invited me to come join them.  I couldn't --

Q.    Let me back you up just a second.  The answers you gave -- did they expect some fairly radical answers?

A.    Well, it's hard to say because one of the people who ended up there in the YPG was a self-proclaimed Italian fascist.  So it's like -- if you just think, okay, this is what they want to hear and you tell them that, then they will let you in.  But some people are answering honestly and they say, no.  And I answered honestly; I was impressed by the ideology because it was very democratic and very feminist and I thought was novel for the Middle East.

Q.    So you bought your own ticket to go to Syria?

A.    I couldn't afford it at first, so I had moved out of my

apartment and I went into a tent in an empty lot between the place that I could beg at, and the place that I could train jujitsu at.  And I had lost my job when my mother died and I requested time off for the funeral right before I left, so I had to do that.

Q.   I am going to back you up.  Let's try to keep this a little more concise.  Okay.

    So you bought a ticket for Syria?

A.   Yeah.  I used begging money.  I asked friends on-line if they wanted to help me go and they did.

Q.   So you paid for your flight to Syria?

A.   Yeah.

Q.   When you got to Syria, what -- let me ask you this.  How long were you there in Syria with the YPG?

A.   In Syria, about six months.  And I was overseas about 8 months altogether.

Q.   What sort of training did you get with the YPG?

A.   It was mostly language and ideology and history of the Middle East.  And then for a few days, during the course of a month, or two, we fired about five rounds from three different weapons.  Each person would fire, you know, a handful of rounds and they would be like, "Good job.  You're ready to fight".

Q.   Was it anything like the training you got in the U.S. military?

A.   No.  In the U.S. military we would be firing constantly all

day, sometimes all night for days on.

Q.   With the YPG you got about five rounds on two or three different weapons?

A.   Yeah.

Q.   What did you -- you were in combat there with the YPG?

A.   Yes.

Q.   And that was for how long?  What period of time?

A.   I went to the frontline for two weeks.  They say everybody works the frontline and we'd usually only go for two weeks. Some people would go multiple times and I only went once.

Q.   So you were there all of these months and you were on the frontline in combat for two weeks.  What did you do the rest of the time?

A.   Most of the time we sat around watching TV and movies, or we were volunteering to go help build this hospital, build a school, or help farm and garden.  And, you know, we would be digging like irrigation, digging tunnels in the event that we were attacked and we had to, you know, dodge air raids.

Q.   Did you try to impart some military training on the -- well, let me back up.  So you are in a training group; is that accurate?

A.   Yes.

Q.   And how big a group is this training group?

A.   Well every few months they would get some volunteers and we would be at the YPG International academy when you first

arrived.  And they keep you there to see if you're crazy.

They give you a weapon that does not work and you carry it around to get used to it.

You are only there for a few months and the training was not impressive.

Q.   Well, so how big a group were you with?

A.   There would be about -- they would wait for about 20 people to trickle over the course of a few weeks, and then they would begin the training.  And then after it was over you would go to the YPG International base from the academy.

Q.   Did you try to impart some of the training, knowledge -- some of the military knowledge that you had from the Army on some of the YPG volunteers?

A.   No.  I was very careful never to talk about military operations in urban terrain or strategy and tactics because this is a foreign militia and I did not want to get any kind of association with training these guys.

I put myself in a submissive position to the Kurds.  I wanted to -- because they have a problem where people come and they are like, "I'm a Marine.  I'm going to tell you guys how we do this in real life.  You guys are" - I'm about to cuss -- "you guys are all jacked up and you are doing everything wrong" so -- and they hate those guys.

Q.   You didn't want to take that approach?

A.   No.  I wanted to go there and ingratiate myself to them

because they tend to not let those macho dudes go to the front because they're afraid they're a bunch of white Americans coming to kill brown people.

Q.   Did you offer them any training in Yoga or jujitsu?

A.   I did offer them training in Yoga because guys would be getting in fights and getting stressed out with each other and I would be like, This isn't the way.  If you feel like fighting let's go wrestle instead, and we'd have this big guy talking trash to me for a few weeks and I'd be like, Come with me, my friend.  Let's wrestle.  And, you know, we'd sit down in the room and put some mattresses -- and these are guys who are already into judo.  It wasn't really teaching them anything new. And we would roll around on the mattresses.  And it wasn't an organized thing with everybody.  It was just a few of my friends who wanted to wrestle -- and specifically a U.S. Marine.

Q.   I did want to ask you about jujitsu.  And we had Paul Arnold testify about that.  But what level were you in the scheme of things, in jujitsu?

A.   I'm a blue belt.

Q.   And in the scheme of things, where is that?

A.   It's one above white belt.

Q.   Would you say you're a master in martial arts?

A.   No.  I would get in a lot of trouble if I said that and it wouldn't be accurate.

Q.   Let's go back to the YPG and your time in Syria.  So you

were on the frontline in Syria.  And we saw a video from VICE News and that was you portrayed in that video.  You nod your head.  The court reporter can't get that.

A.    Yes; I was in that video.

Q.    And why don't you tell us what was going on there?

A.    That day our translator and our team leader, that Marine I mentioned, were off moving our truck and VICE showed up, unannounced and uninvited and, they decided to start filming us. And they had pulled up in front of the building, and between us and ISIS, and we were yelling at them to come inside.  ISIS saw them --

Q.    Where in Syria -- where was this taking place in Syria?

A.    This was the Deir ez-Zor town in the region of Baghuz, B-a-g-h-u-z.

Q.    So the VICE News crew pulls up and what happens from there?

A.    Well, this battle had been grinding on before I got there. It was grinding on when I left -- to some extent it was winding down.  When they pulled up, we got attacked almost instantly. We pulled them into the building and told them, you know, Stay down.  Stay out of the way.  You guys are messing this up.

      And they got scared and started to freak out.  All the local Arab and Kurdish guys.  And I was mostly on the third and second floor operating as a sniper to try to keep the enemy suppressed and keep them away.

Q.    I did want to stop you for a second.  You talk about the

five rounds you got.  Did you get trained as a sniper in Syria?

A.    No.

Q.    So, you are on the second floor.  You've a sniper rifle.
What's going on?

A.    Forgive me if I get excited talking about this.  It gets me
anxious because combat is a very stressful thing and I can
feel -- you know, I couldn't sleep for weeks afterwards.  But --
I had to get medicated to sleep afterwards.

But -- so, when they pulled up I was on the third floor and
my buddy Karka (phonetic) was on the second floor.  This
Scottish guy was on the third floor with me.  And Karka would
run up and down to coordinate --

Q.    Who is it -- that's your leader?

A.    Karka -- no.  The team leader was gone.  So we did not --
we had our head chopped off.  We didn't have our team leader
there.  He was a great team leader -- this Marine with lots of
combat experience.  But Karka was second in command because he
was experienced.  He came from the South Korean Army, which is
an ally of the U.S.

And -- so, he was running from floor to floor to coordinate
fire between us and the local Arab and Kurdish volunteers.  And
I would call out targets that I picked out through the scope and
through the range finder.  And they would basically funnel
themselves -- ISIS -- through this bridge that crosses the
Euphrates.  We were right in a row of buildings along the

Euphrates.  ISIS was directly in a row of buildings on the other side.  At night they managed to infiltrate onto our side of the Euphrates and had occupied the buildings across the street from us.  So we were --

Q.    How long did this shootout go on?

A.    I mean, we were fighting up to that building for the course of a week.  VICE showed up for one day.  After we took them out, we went back to that same building and we were there for another week fighting day and night continuously.

Q.    Part of what you did there was to get the VICE News crew out?

A.    Yeah.  When they started to talk about jumping out of the second floor windows I was like, Don't do that.  You're going to break your legs on the ground and there is poop and barbed wire and broken metal and rusty concrete -- rusty metal and concrete --

Q.    So, that was part of what you did, you got the VICE News crew out of there?

A.    Yeah.  When they started getting -- climbing out of the window we pulled them down and we were like, Okay, follow us. And Karka stayed behind, along with that Arab machine gunner in the video, and by themselves they held off waves of ISIS while we took the reporters away and then came back to them in the same building.

Q.    One of the posts -- and we will talk about your posts some

more in a minute -- one of your posts you claim to have killed 16 people.  Is that -- is that accurate?

A.   There were 16 shots that I made that in the fog of horror I thought, Oh, I think I got that guy.  But the only one that I'm absolutely certain that I got is the one that the FBI said -- FBI agent said that I was bragging about where I had seen two Jihadis, one of them holding an AK up in the air while they rode towards us from, you know, ISIS flags side of the field.  And they came right directly towards me, in a straight line for so long, that I was able to shoot them.

But other than that there would be waves of them running across an open field, or between buildings, and we'd all be shooting at them and there's 20, 30 people in each building converging fire on this mass of suicidal Jihadis and they are just falling down in rows.  So nobody really knows who killed who.  But the commander on this one day that our team had killed 21 Jihadis, as a team.  And, you know, I was counting off my shots one day and when I got to 16 stopped counting because I felt sick to my stomach.

Q.   So, this figure of 16 then is it safe to say that was an exaggeration?

A.   Yeah; it's probably an exaggeration because, you know, it's something that all of the guys do when you're in the barracks with one other.  And when the guys come back from the front you are like, Oh, did you get them?  Did you get any of them?  And

they are like, Oh, yeah.  I got all of them.

But, the reality is that you don't really know.  And there was never a point where I went into a room and shot someone face-to-face clearing rooms.  I had never done anything like that.  It was all across the street.

Q.  That was in your two weeks of combat?

A.  Yeah.  And we also called in a lot of air strikes, and I figure --

Q.  I wanted to ask you about that.  In that video, was there an air strike called in?  Was that portrayed in the video?

A.  Yeah.  In the video you can see me after the scene where the -- where my Arab machine gun friend -- his name is 'Amrikiin because he was such a badass that they called American, and that's Arabic for America -- 'Amrikiin.  They thought that the Americans are so hardcore they call this guy American because he smokes a cigarette while he shoots his machine gun.  He pulls his head back and the bullet hits the wall, I was standing in the well of the stairs with a tablet putting a point on the exact building that the rocket team and sniper team were suppressing us from.  And then I showed --

THE COURT:  I guess the question was, did he call in airstrikes.

MR. MURRELL:  I think that's what we are getting around to.

A.  And then I showed that to 'Amerkiin and he radioed it into

the American Air Force and then the --

BY MR. MURRELL:

Q.   Let me back up.  So you sort of plot out on some kind of
iPad, or something?

A.   Yeah.  It was a Samsung tablet.

Q.   So you sort of plot out the target.  You pass that along to
somebody else.  And then they call it in to -- and somehow get
it to the U.S. military?

A.   Yeah.  You could see him calling it in when he was on the
radio when the bullet hit the wall next to his head.

Q.   And then the military bring the planes, or they -- they
drop the bombs or shoot the rockets?

A.   Usually two jets come in back-to-back and drop two
airstrikes and it's --

Q.   But that was portrayed in the video, you calling in this
airstrike --

A.   It's a bone-shaking experience.

Q.   I wanted to ask you a little bit about sort of your
world-view.

     Tell me if I'm wrong, but I have the impression you don't
have a very favorable view of law enforcement.

A.   No.  My dad would come home talking about drop weapons.  He
was the first person to tell me, you know, Don't become a cop
because I just had to cover for a bad cop.  And he was a good
cop but he had to cover for bad cops and he would come home

telling me about these things.

Q.   So your impression was your father was not, to say the least, an honest police officer?

A.   No.  He would, you know, sometimes he would brag about black men's last words --

        MR. KUNZ:  Your Honor.  I object.

        THE COURT:  I'm sorry.  Repeat the question, please.

        MR. MURRELL:  I am asking him his view of law enforcement.

        THE COURT:  You asked that already.  Then the next question was what?

        MR. MURRELL:  Something to the effect of, your father gave you -- my impression was you didn't think your father was an honest police officer.

        THE COURT:  And there is an objection to that, or there is not an objection?

        MR. KUNZ:  Yes.  He is going into it, Judge.

        THE COURT:  I'm sorry?

        MR. KUNZ:  Yes, sir.  It's going well beyond.  Was he honest?  Yes or not.  He is going to another tale of who said what.  It's hearsay.

        THE COURT:  Okay.  Why don't you ask a different question.

BY MR. MURRELL:

Q.   Why do you think your father was not an honest police

officer?

A.   Because he would tell me about it and sometimes he would come home from work crying --

        MR. KUNZ:  Object.  Relevancy number one.  And hearsay.

        THE COURT:  It's sustained as to hearsay.  And what's the relevance?

        MR. MURRELL:  We are talking about his views of law enforcement.  We have got a clip, for example, that says, Would you attack a police officer.  So I am exploring his views of law enforcement.  And I am asking him how he came to these views.

        THE COURT:  All right.  Let's have a brief sidebar.

     (Following conference held at sidebar at 11:22 AM.)

        MR. MURRELL:  We're spending more time on this than I would have, and had I just finished another question or two --

        THE COURT:  Well, no one was in the position to know that.  There is a -- if you are saying he is justified in disliking law enforcement, I'm not sure how that's relevant.

        MR. MURRELL:  I'm not saying he's justified.  I am explaining why he is distrustful of law enforcement.

        THE COURT:  But why does it matter why he is distrustful of law enforcement?

        MR. MURRELL:  Because I've got to explain this -- they are painting him as a fellow that is violent, and one of the reasons we know he is violent is he distrusts law enforcement.

I think at the very least I can explain why he has these views.

        THE COURT:  But why is why he has the views relevant?

        MR. MURRELL:  To explain why he acted.  Why he does what he does.  Why he believes the FBI is infiltrated by white nationalists.  All of that is relevant.

        THE COURT:  Mr. Kunz?

        MR. KUNZ:  Judge, I don't think it is.  He can indicate that he is biased against law enforcement, and everything else, but his motivation why -- I don't think it matters.

        MR. MURRELL:  I just can't explain it?  I can ask him is he biased against law enforcement and leave it at that?  Is that the suggestion?

        THE COURT:  What I'm struggling to understand is why it would make it more or less likely that he is guilty or not guilty based on whether his father was a good cop, whether he has thought his father was a good cop, whether he is justified in thinking that --

        MR. MURRELL:  All is not tied to the direct issue of whether he is guilty or not guilty.  I've to explain how he views things, why he thinks the nation or the Capitol was under attack, and why he has some of these fantastic, rather unreasonable views, I think I can explain all that.  I think, as the government would say, it's inextricably intertwined.  It's all part of his story.

THE COURT:  Well, talking about inextricably intertwined, that was on the objective side of things.  What I am asking you is -- you are welcome to explore, as you already have, whether he has negative views of cops.  But why -- what I am asking is, how does that -- I guess I haven't heard an answer as to why it's relevant.

MR. MURRELL:  We can have him look like a lunatic that just has these irrational views about law enforcement, or we can explain why he has some of these views.

I don't know why we -- it doesn't strike me as very controversial.  We are not going to go very far with this.

MR. KUNZ:  We've gone pretty far in every detail about --

THE COURT:  You've already gone -- he thought his dad was a --

MR. MURRELL:  Well, I'd like to proffer it if I'm not going to be allowed to introduce it.

THE COURT:  Okay.  You can proffer.

I do find it's irrelevant what kind of cop his father was, or whether he's justified in having a negative view of law enforcement.  I do find that's irrelevant.  And you can make a proffer, if you'd like.

MR. MURRELL:  Well, do we want to excuse the jury while I make a proffer?

THE COURT:  You can proffer right now what you think

it would be.

MR. MURRELL:  He's going to say his father was a rotten cop.  Like I say, I got about two questions --

THE COURT:  He already said that, by the way.

MR. MURRELL:  Right.  I'm about done with it.  And then he's going to talk about some of his views of law enforcement.  He's going to tell us how he thinks the FBI is infiltrated by white nationalists.  He's going to tell us that he believes that -- who knows.  The gist of it is he's going to explain why he doesn't trust law enforcement.

THE COURT:  Okay.  And we've been mainly talking in the context of the law enforcement, but the infiltrating the FBI and things like that, you have the same objection to?

MR. KUNZ:  Yes, sir.

THE COURT:  And in other arguments as to why he thinks that the FBI was infiltrated by white notionalists would be relevant to an issue in this case?

MR. MURRELL:  Well, yes; because it's going to explain why he thought -- and this is part of his world view.  He believes all of this stuff.  He believes that people were going to attack the Capitol.  These are not reasonable views.  And the argument is going to be, look, Mr. Baker might have thought that there were going to be people attacking the Capitol, but the reasonable person would not have thought that.  And so I need to explain some of his unreasonable views.

MR. KUNZ:  Judge, again, I disagree.  I think he can testify about he believed this, or he believed that, but going into every detail --

THE COURT:  You said he can or he cannot?

MR. KUNZ:  He can, saying I believe the FBI is this or that?

THE COURT:  You are saying he can?

MR. KUNZ:  Yes, sir.  But not the motivation behind it.  I don't want to spend a lot of time on something that's not an issue in the case.

THE COURT:  If the point is that he has irrational views, you don't make them less or more irrational by finding out the genesis of them -- if they are facially irrational as you are suggesting.

MR. MURRELL:  Well, I mean -- I don't know why -- I mean, this is -- it just seems to me you get to explain why you think this.  And it can go too far afield, I will concede that.  This is just some fairly preliminary stuff.

THE COURT:  Okay.  Here's the ruling.  I've given you an opportunity to explain why it would be relevant why he thinks these things about the father, about any of these views.  You can ask whether he has this view, that view.  You've already asked whether he has a negative view of law enforcement.  But going way down the road about why -- how he came to think these things just is not relevant to any issue in this case.  But you

can make additional proffer as to any of that.  But I don't want
this to turn into --

MR. MURRELL:  Well, you know, I assume -- I mean, we
can go question by question and see how it goes.  I'm not
entirely sure what I can ask.  I mean, I'm going to ask him, Do
you think the FBI is infiltrated by white nationalists.  Why do
you think that?

THE COURT:  I think probably a single question, Why do
you think that, with a brief explanation is probably fine.
Don't you think, Mr. Kunz?

MR. MURRELL:  I think Mr. Kunz is opposed to that.

MR. KUNZ:  I am opposed to him going on and on and you
continuing to ask additional irrelevant stuff.

MR. MURRELL:  I asked two questions about his father.

THE COURT:  Well, part of the problem, too, he is not
giving concise answers.  I think it would be helpful if you --

MR. MURRELL:  He talks.

THE COURT:  -- controlled him a little.  Because he's
saying a lot of things that are not responsive to the questions
which --

MR. MURRELL:  I will do my best to control him.

THE COURT:  All right.

-- which exacerbates the problem.

So the ruling is, we are finished with the father.
You can ask --

MR. MURRELL:  Well, I would have asked more but if that's the Court's ruling --

THE COURT:  Right.  That is the ruling.  But if you want to proffer anything else about the father --

MR. MURRELL:  No.  I think he would have said that his father often complained about blacks, and that his father planted evidence, that his father would cover for other bad cops.

THE COURT:  Okay.  And I do think all of that is irrelevant.  And I also think a lot of this -- he's fighting against races and things like that is potentially problematic.  But he has gotten some of that in -- and -- okay.  We can continue.

(Sidebar concluded at 11:28 AM.)

Thank you for your patience, ladies and gentlemen.

We are ready to continue.

BY MR. MURRELL:

Q.  Mr. Baker, suffice it to say that your experience with your father led to some of your thoughts about law enforcement?

A.  That's accurate.

Q.  What about the FBI?  Do you think -- tell me what you think about the FBI.

A.  I feel like they are infiltrated by white supremacists.  One of my dad's friends was this guy Dana, who was a --

MR. KUNZ:  Object.

Q   (By Mr. Murrell) Well, I guess we can't talk about your father's friends or your father anymore.

Can you tell us why, apart from what your father -- what you know about your father -- why you thought that the FBI is infiltrated by white nationalists?

A.   Because I've heard of this Operation Paperclip where the U.S. government recruited former Nazi scientists.

Q.   So you've read things that led you to believe that they are infiltrated by white nationalists?

A.   Yeah; declassified government documents.  Yes.

Q.   Do you think, for example, that law enforcement played a role in the assault on a Capitol?

A.   If not intentionally then they, you know, looked the other way, took a long time to respond, and they definitely are filmed in multiple videos opening the gates to let them into the Capitol.

Q.   So, all of that leads to what I guess is safe to say is a rather negative view of law enforcement?

A.   Yeah.  They didn't even object to that one.

Q.   Did you -- you think all police officers are corrupt or dishonest?

A.   I think that a lot of guys grew up like me wanting to become heroes and they end up having to cover for bad cops like some I'm not allowed to talk about.

Q.   What about threats that you feel -- well, tell me this.

You've had a lot of social media posts with those on the extreme right wing, is that safe to say?

A.    Yeah.  Starting in 2016, after the Charlottesville riots.

Q.    And how would you characterize those exchanges?

A.    I've been consistently receiving directed harassment -- targeted harassment -- from the far right in Facebook, Instagram, on the profile and also on the Messenger itself.

Q.    When you say the far right, are there any particular groups that you feel are participating in this?

A.    The first one was the Neo-Nazi gang called Republic of Florida, led by Jordan Jereb, here, in Tallahassee, who has claimed --

Q.    Any other groups?

A.    Yeah.  There's Atomwaffen, that's another group that's based in Florida, that are far right self-proclaimed Neo-Nazi fascists.  And then other less defined far white, white supremacist groups.  Some of them are based out of Jacksonville, like the League of the South.

Q.    And what sort of threats have you received in these exchanges?

A.    Specifically, from Jordan Jereb and his friends they said they were going to come after me when the power goes out, in that hurricane around 2016.  I think it might have been Michael, or something.  But -- and I reported all of these messages and harassments to the FBI on IC3.com [sic], and nothing happened.

Q.   Did you think that these -- did you think this was just
talk, or did you think these were real threats?

A.   No.  When people tell me they're going to kill me, I
believe them.

Q.   What -- did you get any of these threats while you were in
Syria?

A.   Yeah; Jordan Jereb created sock accounts which is like a
fake profile name and he sent me messages when I was in Syria.

         MR. KUNZ:  I'm going to object.  This whole thing is
hearsay.  How does he know what type of account was created --

         MR. MURRELL:  It's not being used to prove the truth
--

         THE COURT:  That's not a hearsay issue.

         He hasn't said what was said either.  The question is,
does he have -- is there a foundation for his saying who set up
what account.  It's sustained to that extent.  But you can ask a
different question.

BY MR. MURRELL:

Q.   Well, how did you know that this came from that particular
individual?

A.   Because he would tell me.  And also because the FBI agents,
who interviewed me, when I got picked up confirmed that.  It's
in the transcripts.

         MR. KUNZ:  Object.

         THE COURT:  That's sustained as to hearsay, the second

part.  The last little bit is stricken.

You can ask the next question, Mr. Murrell.

MR. MURRELL:  My position is it's admissible because we are trying to explain why he believed he had these threats, and that it's not hearsay.

Q    (By Mr. Murrell) But, at any rate, so you had these exchanges and you felt like these threats were real?

A.    That was just online.

Q.    Okay.  Were there face-to-face threats?

A.    Yes.  At the protest against Richard Spencer, who instigated the Charlottesville riot in which people died, he came to Gainesville to give a speech --

Q.    Let's slow you down.  I want to try to I guess limit your -- going to try to direct your testimony a little bit more.

So, you were at the protest there in Gainesville?

A.    Yes.

Q.    And there was a protest at the University of Florida where Richard Spencer was speaking?

A.    He tried to.

Q.    And he is a white nationalist?

A.    Yes.

Q.    Well-known white nationalist?

A.    Self-proclaimed white nationalist, white supremacist.

Q.    And there was a shooting there?

A.    There was a shooting.

Q.    People were arrested?

A.    Yes.

Q.    And you were in the vicinity of the shooting?

A.    Yes.  I was with the group, and then me and another person had decided to go back to the protest and half of the group was going to stay at the bus stop.  And I walked from the bus stop a few hundred feet to the traffic light, went across the street, and as I did the shooters had pulled up past me and were glaring at us because we were holding anti-Nazi signs.  They pulled up, shouted "Heil Hitler", and shot at my friends.

Q.    So you've had these threats online and there was the incident there in Gainesville?

A.    Yes.

Q.    You, at one time or another, described yourself as anarchist and a radical leftist.

A.    Yes.

Q.    What do you mean by that?

A.    Anarchist are like left wing libertarians.  We don't believe in total anarchy and burning stuff all the time because that would be impractical.  We believe in community infrastructure, from the bottom up.  People taking care of each other.  Not no government but less government.

Q.    And when you say you are a hardcore leftist, what is that all about?

A.    Well, I believe that the philosophy of an anarchism leads

to socialism.  And I believe that the government should provide for everyone's housing, healthcare, food.  I even believe that the government should distribute weapons to people who are loyal citizens of the American country.

Q.   Does any of this hardcore leftist business, or this anarchist, is that -- does any of that involve violence or threats of violence?

A.   It involves self-defense.  You know, armed self-defense. But never something like what ISIS did, or like an outright attack or, you know, un-instigated kind of assault.

Q.   So self-defense, is that safe to say?

A.   Counter-punching.

Q.   You're also a member of a group called the Socialist Rifle Association?

A.   Yes.

Q.   What is that?

A.   It's like the left wing version of the NRA.

Q.   And what is the philosophy of the Socialist Rifle Association?

A.   I don't know exactly.  I haven't read their bylaws in detail, but, in general, we believe that everyone should be allowed to possess firearms, as long as they're following the laws that are currently in place.

Q.   I'm going to show you some of these posts that -- I'm going to run through them.  We've already seen the government posted

them.  But I think objectively certainly some of them are aggressive and suggest something about violence.

We're going to explain some of these, and I think there are explanations for some.  But how do you account for the tone of some of these?  What's your explanation for that?

A.   You know, after being harassed continuously for the last five years online I figured that, you know, I'm a little guy and people have been picking on me since I was even smaller, and if I create this kind of presence that looks to be like, you know, the left wing boogie man of what the far right believes is an Antifa super soldier, then they will be less likely to actually come and do a drive-by and shoot at me, again.

Q.   I'm going to play for you a clip that I've shown you.  It's a video of an interview -- it's a part of the interview that took place after you were arrested on January the 15th.

You've seen the video?

A.   Yes.

Q.   Is it an accurate representation of what was taking place at the time?

A.   Yes.

MR. MURRELL:  Judge, at this time, I would like to offer into evidence Defendant's Exhibit Number 3.  It's a CD with a clip of the video.

THE COURT:  Yes, sir.  That will be admitted.

(DEFENDANT EXHIBIT 3:  Received in evidence.)

MR. MURRELL:  May I publish the video?

THE COURT:  Yes, sir.

MR. MURRELL:  Let's see if we can get this to work.

Let me do this, I actually have some transcripts, Judge, I'd like to distribute to the jury.

THE COURT:  Of just this portion?

MR. MURRELL:  I have a copy for --

THE COURT:  Why don't we just play the video?

MR. MURRELL:  Well, I think it's hard to hear the video.  And I think that you can -- I think the jury will be better able to follow along if they have a transcript.

THE COURT:  Mr. Kunz?

MR. MURRELL:  I have one for the Court.

MR. KUNZ:  Judge, I'm not sure it's necessary.  I don't think there was any --

THE COURT:  Well, let's try it without the things, Mr. -- I could hear it -- I could hear it fairly well yesterday, I think.

MR. MURRELL:  Judge, it would be, frankly, much clearer if they can read along with it.  So my request is that the jury get to see a transcript.  If the Court says I can't do that, fine, but --

THE COURT:  I'd like to just try the video without it first and then we can do it, if necessary.  The jury can let us know if they can't hear.

MR. MURRELL:  Yes, sir.

(Video played.)

Q    (By Mr. Murrell) I want to ask you about some of the things you said there.

One of the things you talked about was Chick-fil-A.  How did that come up?

A.   Oh, I read some news articles that -- oh, well, initially, they started on this day I was arrested by banging on my landlady's door next door, and then when she didn't answer, they banged on my door and we were alerted to this person --

Q.   And they showed you a Chick-fil-A bag?

A.   Yeah.  They were saying, "Hey, this is Postmates.  I have your Chick-fil-A".

Q.   So that's how it came up.  And what you said there was that your understanding was that Chick-fil-A was funding some anti-gay operations there in Africa?

A.   Yeah.  I had read news articles about that on-line.

Q.   You also said something about white nationalists infiltrating the FBI.  You mentioned that earlier.  But you thought that was true?

A.   Yes.

Q.   You said something there about you were worried about getting shot by white nationalists when you were standing on the corner?

A.   Yes.

Q.   And you also said something about you were glad that the
FBI made the arrest rather than some other federal agencies.
What was that all about?

A.   Well, the CIA has a reputation for doing dirty things and
the FBI tends to follow the letter of the law.

Q.   Okay.  I wanted to show you some of these posts that the
government put up there.  I think we can publish this, yes,
because the government has already introduced these into
evidence.

     I'm going to start with what is Government Exhibit 8 up
there, and I think we had some explanation that that was you
with the rifle and hand grenades.  Can you tell us briefly what
was going on there?

A.   Yeah.  The guys were bored and it was raining so we
couldn't train or go for runs, and because we were bored
everybody was getting antsy so I thought I'd entertain the guys
by juggling hand grenades.

Q.   That sounds like something pretty dangerous.

A.   Yeah; they are all taped down.  The pin at the top is taped
onto the grenade and the spoon itself was taped onto the
grenade.

Q.   So safe to say you were trying to entertain some of your
fellow trainees?

A.   Yeah.

Q.   I am going to show you Government Exhibit 9A.  I am going

to enlarge that a little bit.  This was apparently taken from

your phone there at the airport.  Maybe it was the one in Tampa?

A.    I think so.

Q.    Is that where they took the shot of your phone?

A.    Yeah.  Either that or in New Jersey when I came back from

Iraq.

Q.    So, who is that a picture of?

A.    That is my friend Hewa (phonetic).  He killed himself when

we were surrounded after Trump withdrew the U.S. support from

Kurds.

Q.    He killed himself over there in Syria?

A.    Yes.

Q.    It was sort of a dire -- why did he kill himself?

A.    Because nobody wants to get captured by ISIS, and he

thought there was no way out.  No way to go back home.

Q.    What is that in the background?

A.    That is the wildfires in Australia where a tornado occurred

and sucked the fire up.  I thought it looked cool.  I thought it

was also representative of the current state of global warming.

Q.    Down there it says the "squad designated sharp shooter at

YPG".  I guess that was accurate?

A.    Yeah; I wouldn't say sniper really, but, you know...

Q.    You were the -- you were one of the better shots?

A.    I was probably the second best shot in the group that was

there when I was there.

Q.    But were you a trained sniper?

A.    No.

Q.    Also we have got mention of that -- a fighter of blue belt in Brazilian jujitsu.  That's that belt just above the white belt?

A.    Yes.

Q.    All right.  That was Government Exhibit 8 -- I'm sorry, 9A. I'm going to show you Government Exhibit 9B.  I think we saw that.  It's a Facebook -- it's a picture of your phone taken at the same time.  It says you had 3,032 friends.  How did you have so many friends on Facebook?

A.    The Kurds -- when the VICE News video hit the Internet and the Kurds saw it they would Google me and look me up and send me messages and friend requests thanking me for fighting against ISIS for them.  But then as another result of that video, I started to get threats again from white supremacists, from Turkish military members, and also from ISIS.  And -- so I ended up having to delete that profile due to the constant stream of harassment.

Q.    I'm going to show you Government Exhibit Number 7.  Tell us what that is.

A.    That is after I do Yoga, the Yoga prepares the body for meditation so I had just done Yoga and I sat down to meditate and I kind of wanted to let my teachers know I was still practicing and that I wasn't, you know, going off to become some

kind of crazy jerk, so I sat down and meditated.

Q.   This is -- this is a post that you made to your Facebook account?

A.   And we play a game in the YPG International Academy that if you leave your rifle anywhere, the friends will take it and hide it and then criticize you later on for losing your rifle, so I have to bring it room to room with me, so I had it next to me.

Q.   Is that an operational rifle?

A.   No.  It had no firing pin.  No bullets.

Q.   I want to show you Government's Exhibit Number 10.  Tell me more about this exhibit.  Who is in that exhibit?

A.   Well --

Q.   Or in that photo?

A.   -- earlier the FBI had said that the person crouching was me.  And that is not me.  That is my dead friend who killed himself.  That is Hewa.  I am on the top row third from the right.

Q.   Short fellow in the back that has his face exposed?

A.   Yeah; the smallest guy there.

Q.   I said to the -- in my opening statement, we had what looked like a group of terrorists because they have their faces covered.  Why are their faces covered?

A.   Because people don't want to get their family kidnapped by ISIS.  And that was something that was going on is they would kidnap people's family and then tell them, if you don't turn

yourself into a suicide bomber we are going to cut their head

off, make a video, and then send it to the Internet.

Q.    Tell me this, the sign there, what's the sign all about?

How did this picture come to be taken?

A.    The guy holding the RPG actually is from France.

Q.    And the RPG is on the left side there?

A.    Yeah.

Q.    Some -- RPG is a rocket launcher?

A.    Yeah.  And that is also not a functioning rocket launcher

in this picture.  It's just one that -- you know, that they kept

at the academy for the new people to carry around.

Q.    Anyway, how did the picture come about?

A.    He is from an area in France called Zad.  It's an

autonomous zone.  It's like zona autonomous defense -- whatever

it is in French -- and that is an area that became like a hippie

encampment in a national forest that was supposed to be

developed into an airport.  And the locals did not want this

airport to be there and against all of the community council

voting this airport was going to be developed anyway because of

the money involved, so the community --

            MR. KUNZ:  Your Honor, I object.  It's all hearsay.

            MR. MURRELL:  We are explaining how it is the picture

got taken.  It's not being used to prove the truth of the matter

asserted.

            THE COURT:  The objection is overruled.  But do ask a

question, and if you will just answer the question and he will

ask another question.

Q    (By Mr. Murrell) So this was aimed at a group -- a fellow

from France arranged for this photo?

A.    Yeah.

Q.    And he was trying -- and what does it say there on that

sign?

A.    It says "From Rojava with love to Zad -- the autonomous

zone -- "and all who resist oppression.  Never stop fighting".

Q.    And Zad is this autonomous zone in France?

A.    Yeah.  And it's a leftist anarchist commune, and they

were -- we were expressing solidarity with these people because

they were getting --

Q.    And they were protesting about the development of an

airport there in France.

A.    And the cops were beating them up to drive them out.

Q.    So that is Government Exhibit 10.

      Let me show you Government Exhibit Number 11.  This was

introduced into evidence.  And this is -- that's you with the

rifle?

A.    Yes.

Q.    And that's a sniper rifle?

A.    Yes.

Q.    How did this picture come to be taken?

A.    The guy who is on the left of the frame is local -- well,

he is an international volunteer but he is a local reporter who
works for STUR (Phonetic) TV, that's that symbol in the upper
left corner, that's a local TV show by the Kurds, for the Kurds
and for the local Arabs, and groups.  They -- it's called the
New International and they interview the international
volunteers and they describe what we're doing there -- what kind
of stuff we do.

Q.   So this is a picture taken for a news broadcast by a news
station?

A.   It's a screenshot I took off of the video that the news
station was publishing in Syria, in Derik.

Q.   That's Government Exhibit Number 11.

     Let me show you Government Exhibit -- we are going to jump
here to Government Exhibit Number 26.

A.   Oh, the guy in the background was the team leader, the
Marine I went to the frontlines with that I mentioned earlier.

Q.   I am going to show you Government Exhibit Number 26.  What
in the world is this?

A.   That is a screenshot from an episode of the Simpsons.

Q.   That's Homer Simpson there sitting there on the building?

A.   Yep.

Q.   Did you mean this to be a threat to anybody?

A.   No.  I thought it was funny because Simpsons tends to make
these ridiculous predictions that sometimes come true.

Q.   So this again was a screenshot from the TV show the

Simpsons.

A.   Yeah.  And I did not make this.  I just shared it on

Facebook.

Q.   All right.  That's Government Number 26.

     I show you Government Number 27.  We saw this, too.  What

is that, Government Number 27?

A.   That is a far right wing Call to Arms, calling on far right

wing white nationalists to storm all state capitols and go back

to the D.C. Capitol and bring guns.

Q.   Is this one of the reasons why you thought there might be

an attack on the Florida Capitol?

A.   That, and the, you know, posted FBI reports and the CNN

articles about it.

Q.   But this is not something you created.  This was something

created by the right wing and that you were letting people know

was out there?

A.   I was raising awareness, yeah, that if you live in a state

capitol you might be in danger because this is what they said is

coming.

Q.   I am going to show you Government Number 28.  And we

already had Ms. Gaddis testify about that.  This is a

conversation you had with her about the AK-47, getting one from

her father?

A.   Uh-huh.

Q.   Did you honestly think you were going to get a firearm from

her father?

A.    No.  Me and Desiree make a lot of dirty jokes, and stuff like that.

Q.    This was essentially a joke?

A.    Hard jokes for hard folks.

Q.    Pardon?

A.    Hard jokes for hard folks.

Q.    That's Government Exhibit Number 28.

I'm going to jump around a little bit.  I am going to show you Government Exhibit Number 13.  Let's see.  The part I want to talk about is -- I think this is the one that got all of the emphasis.  "This is war.  Are you all willing to take up arms with us yet?  Buy guns and join us this November.  We are voting from the rooftops".

Let me sort of unpack that a little bit.  What is voting from the rooftops all about?

A.    It comes from a meme that the right initially introduced.

Q.    When you say a meme, not everybody may know; what is that?

A.    Like that Simpsons picture would be a good example of a meme.  It's usually a picture, usually a cartoon with some text, usually in jest.

Q.    Okay.  And so where did this voting from the rooftops -- you said the voting from the rooftops is some kind of a meme?

A.    It's a meme that originated from the April 26, 1992, Rodney King riots, where Korean-Americans defended their businesses by

getting on the rooftops with rifles.

Q.   This is something that is touted by some of the right wing;
is that accurate?

A.   They tend to idolize Koreans as like an ideal minority and
they use this as an example and this is one of their subtle
forms of racism, and I was --

Q.   So, were you trying to advocate anything from the roof?

A.   No.  I was trying to hold up a mirror because people around
this time were saying vote from the rooftops because they
weren't accepting the results of the election, and I was holding
up a mirror to make fun of them that, this is what you sound
like.

Q.   This is about buying guns and joining us this November.
What do you mean by all that?  Are you serious?

A.   Well, no, but at the same time there was a gun shortage and
Biden was saying buy shotguns.

Q.   Again, this was part of the Socialist Rifle Association, I
guess.  You tell me.  But you think guns should be distributed?

A.   Yeah.  I think, you know, everybody should be, you know,
distributed an electric vehicle, if not a pony, because that's
outdated --

Q.   Tell me -- tell me about the other part, this is war.  What
are you talking about there?

A.   Well, I try to operate in, you know, a mindset of what John
Keats calls negative capability -- it's like a meditation --

where you consider all possibilities, and this is a quote from the far right that I was, again, holding up a mirror, like this is what you say. Well, if they are not getting in trouble for saying it, then I'm going to say it too.

Q.   You had seen people on the far right proclaiming this is war?

A.   Yeah.  Including, you know, senators and prominent politicians.

Q.   I am going to show you what is Government's Exhibit 15, if I can find it.

        THE COURT:  Before you do that, Mr. Murrell, could I have a quick sidebar with counsel?

        MR. MURRELL:  Yes, sir.

    (Following conference held at sidebar at 11:56 AM.)

        THE COURT:  I was waiting because I didn't want to interrupt your flow, but I do want to talk about the schedule just because he's been on the stand for a long time --

        MR. MURRELL:  Sure.

        THE COURT:  -- and we have been breaking right at noon.  If you are about to wrap up you may, but if you are going to be a lot longer I think it would probably be better to break now on direct, not necessarily right this second, give the jury a long lunch.  The first half of it I have something to tend to and then we can finalize the jury instructions.

        MR. MURRELL:  Sure.  This is as good a time as any.

Sure.

       THE COURT:  You want to do it right now?

       MR. MURRELL:  Right now would be fine.  Yes, sir.

       THE COURT:  Okay.

   (Sidebar concluded at 11:57 AM.)

       THE COURT:  Ladies and gentlemen, we are going to break right now for our lunch.  We will continue after lunch. We are going to take a longer lunch than usual.  So why don't we come back at 1:45.  Would that be enough time for you all?

       Okay.  Again, leave your things here please, or your pads that is, and no one will touch those.

       Get yourself something to eat and don't talk about the case.  Don't form any opinions.  And then we will see you back at 1:45.

       Again, thank you for your patience and diligence.

   (Jury out at 11:57.)

       THE COURT:  Okay.  Y'all, can have a seat.  You can stay right there for now.

       I'm going to hand these down.  Ms. Stark, if you will distribute these.  What I am handing you now are potentially the final jury instructions intended to incorporate everything we have talked about.  So y'all can look at those over lunch.  We can deal with those when we get back.

       I think what I would like to do is come back about 1:15 and then see if there is any problem with the jury

instructions because if there is we can hopefully deal with it then. If there is not, then we can continue right on. And I guess would everybody be ready for closing when both sides have rested?

            MR. MURRELL: Yes, sir.

            MR. KUNZ: Yes, sir.

            THE COURT: All right. Well, then, anything else we need to talk about before we come back at 1:15?

            MR. KUNZ: Not from the government.

            MR. MURRELL: Not from the defense.

            THE COURT: Okay.

            We will be in recess until 1:15.

       (Recess taken 11:59 AM.)

       (Resumed at 1:20 PM.)

            THE COURT: Please have a seat.

            We have the lawyers. We have Mr. Baker present. The reason I wanted to come back out before the jury is here to see if there is anything else we need to talk about on the jury instructions. I read through what I handed out to you and looked at further issues and typos. I don't see any. I think we covered everything.

            Is there anything he will we need to talk about, Mr. Murrell?

            MR. MURRELL: Not from the defense no, sir.

            MR. FIELDS: No, Your Honor.

THE COURT:  Is there anything else before the jury is supposed to be back at 1:45?

MR. FIELDS:  No, sir.

MR. MURRELL:  No, sir.

THE COURT:  Sorry to get you back here and interrupt your lunch but I wanted to be able to deal with anything if there was anything.

We will be in recess until 1:45.

(Recess taken 1:21 PM.)

(Resumed at 1:46.)

THE COURT:  Please have a seat.

The lawyers are all here and Mr. Baker is here.

Is everybody ready for the jury?

MR. MURRELL:  Yes, we need to have Mr. Baker up there in the box.

THE COURT:  You ready, Mr. Kunz?

MR. KUNZ:  Yes.

THE COURT:  We will get Mr. Baker up here and as soon as he is seated we will get the jury.

(Jury in at 1:48.)

THE COURT:  Please have a seat.  Welcome back, ladies and gentlemen.

We will continue now with Mr. Murrell's examination. The witness is still under oath.  And you can proceed whenever you are ready, Mr. Murrell.

CONTINUED DIRECT EXAMINATION

BY MR. MURRELL:

Q.   Mr. Baker, we were looking at some of these posts that the government relied on.  I am going to show you what is Government Exhibit Number 15.  And I think the issue here was this one that says, "God I hope the right tries a coup November third because I am so fucking down to slay enemies again".

What led to that?

A.   You know, having been in combat it's not something that comes natural to me.  And it took an entire childhood of bomb proofing to be able to handle it.  And there is a lot of mental gymnastics you have to jump through to get yourself into the mindset of being able to do this kind of thing and survive.  I thought if something does go down I don't want to be caught in a mindset of complacency.  I want to rile myself up and get myself in the mindset of --

Q.   This is an effort to sort of rile yourself up?  Would that be fair to say?

A.   Yeah.  And I like to, you know, when I'm posting stuff publicly I have my profile on private, so only my friends can see it, and I would encourage them with current events as an excuse to go exercise.  "I am going for a run.  You should probably come for a run".

Q.   Again, some of these are going to frankly be harder to explain than others.  But that's Government's Exhibit 15.

Government Exhibit 17, that's the one with you and who is that in the picture there?

A.    That's my roommate.

Q.    And, anything noteworthy about this?

A.    Yeah; I have my guns laying around.

Q.    Okay.  You got them there for any particular reason?

A.    Well, if I had people over who didn't live there I wouldn't leave them out like that.  But I leave them out, laying around, because I have been in the vicinity of shootings based on political ideology and I don't --

Q.    Okay.  This is -- I don't want to cut you short, but you're concerned about some of these right wing threats?

A.    Yeah.  I want to be able to respond if somebody comes by and shoots at us.

Q.    I want to show you Government Exhibit 18.  This is one -- this is the one about CHAZ/CHOP.  *I'm banned on the Facebook. Can you share this?*  All this stuff about CHAZ/CHOP.  *Bring guns.  They are going to shoot at us.  Strike and hold targets of value.  Federal agents and civilian enemies are killing and kidnapping us.  Enemies using helicopters and drones.  We have to go low-tech.*

What in the world is that all about?

A.    Well, practically I was referring to racist cops who are very active in applying their ideology while at work.  And that kind of thing puts a lot of people at risk, and they

particularly don't like when other white people are standing up for black people.

Q.   Would you say some of this is over-the-top?

A.   Yeah.  I was pretty stressed out after coming back from the CHAZ/CHOP because, you know, I had seen people die there and I had managed --

Q.   Let me back up and ask you about CHAZ/CHOP.  What was CHAZ/CHOP?

A.   Was allegedly an autonomous zone, but it was really an occupational protest.

Q.   What was the protest about?

A.   It was about George Floyd's murder.

Q.   And, how long were you there?

A.   I was there for two weeks.  I had told Eric, my roommate, before that I really -- didn't really want to go, but if we were going to go I only want to spend two weeks there.  And we were there for about that time when it got shut down.

Q.   Was there anything there about drones, or cellphone tracking, or federal agents killing people, or anything?

A.   Well, there was a lot of rumors and paranoia going on there.  And somebody who was at least dressed like a militant person in fatigues, stole my backpack out of my tent.

Q.   That's Government Exhibit Number 18.

     Let me show you Government Exhibit 19.  All right.  This is one -- we got a drawing there of -- who is that a drawing of

there in 19?

A.   That is baby Yoda.

Q.   Baby Yoda.  And then we have another drawing -- let's see
if I can get this to work.  Maybe not.  Bear with me.  Well, at
any rate -- no, I went too far.  Let's go back to 19.  There we
go.  There is another drawing, what is that drawing?

A.   That is Avatar Aang, from *Avatar the Last AirBender.*

Q.   Tell me that again.

A.   Avatar Aang, from *Avatar the Last AirBender.*

Q.   What is that?

A.   It's a children cartoon that I enjoyed and --

Q.   Okay.  Good enough.

     It says, up there at the top -- and I guess if you go back
to the other page, for that matter, it says something about the
artwork is going to be worth more when you go to prison.  And
then it says L M A O?  What is that all about?

A.   Well, that means laugh my ass off.  But, I was joking but I
was referring to two different people, Special Agent Brian King,
out of Miami --

Q.   Let's just leave it at that.  You were joking, is that safe
to say?

A.   Yeah.  But they had told me the FBI is definitely coming
for me, and they are going to kick my door down and take me to
prison because of my ideology.

Q.   Okay.  Let me show you Government Exhibit Number 20.  This

is that one with the bombs being dropped, and then the next page

it says something about "Jacksonville Nazis going to be real sad

when this happens to their headquarters".  What in the world was

that about?

A.    Well, I was joking.  That picture is a screenshot from

somebody's combat footage in the Middle East and they apparently

took a drone and they took these RPG rounds -- those are smaller

rockets that can be shot from an RPG -- and it looks like they

put them on a drone with a bottle, like a two liter bottle, and

then dropped it from a drone up in the sky.

Q.    What was the point of the posts?

A.    I was just joking, and -- yeah.

Q.    Are there Nazis in Jacksonville as far as you know?

A.    As far as I know there is a re-branded far right wing group

called the League of the South that used to be the KKK.

Q.    Okay.  Were you planning on bombing them?

A.    No.  I don't have any drones.  And I definitely don't have

access to rocket-propelled grenade ammunition.

Q.    I am going to show you what is marked as Government Exhibit

Number 21.  There is something there at the top.  "If you can

give 2000 we will just buy moargunz", m-o-a-r-g-u-n-z.  What is

that all about?

A.    That was a joke.  I think there was like some kind of meme

to go along with that.  But, yeah, it was also a joke that the

far right was posting we don't believe in the corona anyway so

if you give us a corona relief check we are just going to buy guns with it, and I was like --

Q.  There was a right wing meme talking about stimulus checks, and we're going to buy more guns with these stimulus checks?

A.  Yeah.

Q.  And this spelling, this comes from those right wing memes?

A.  Yeah.  When people use this kind of spelling it's generally indicative of a joke.

Q.  Okay.  I am going to show you Government Exhibit 22.  This is the one that says, "Before we continue, I have a few questions.  Would you be willing to assault a cop at a protest".  What was that all about?

A.  If I'm going to a protest I usually don't go alone and I'm definitely not going to carpool with somebody whose plan is to beat up cops and get us taken to prison for 20 years.

Q.  Well, let's back up a second.

    Who are you talking to here?

A.  I don't even know this guy.  He just started messaging me, telling me that he had been in the YPG years ago, and I was like, Okay, I respect that but I don't know you.  And so --

Q.  Are you checking him out?

A.  Yeah.  Because I have had so many threats that I don't want to just start trusting some random on the Internet.

Q.  And when you said, are you willing to assault cops, if you were going to trust him you wanted him to say no?

A.    Yeah.  And I like to state questions so that they think I want them to say one thing.

Q.    I see.

A.    And if they are just trying to tell me what I want to hear I know that they are full of it.

Q.    Okay.  23: "I'm a killer my ninja.  Google can Baker ypg sniper".

      How do you explain that?

A.    This guy on Funion (phonetic) started messaging me and I kept trying to disengage and he kept messaging me, and this is the middle part of a very long, you know, thing where he keeps going.  And you can see where I stopped messaging him and he continues to message me.  And I was just trying to get him to leave me alone.

Q.    Okay.  All right.  I am going to show you Government Exhibit Number 24.  Oh, this is the one, "It's always fun and cheap to practice with a .22 LR, long rifle I guess, and it's viewed as a sport or practice rounds but it's deadly as fuck", I guess, "it's used as a silenced weapon with subsonic rounds in a water bottle".

      That's true, I guess.

A.    When I was a kid my dad had me shoot the raccoons that were killing the chickens, and he had me silence the weapon because we didn't want to scare the neighbors.  And I thought if there was going to be civil unrest, and some kind of civil war going

on over this election, that people might have to be hunting for food and so I ordered this rifle.  I ordered this ammunition.

Q.   Tell me this, did you plan to put a water bottle in this rifle?

A.   No; I don't think there's a space for that on the shape of the sight.

Q.   That is Government Exhibit 24.

I am going to show you number 25.  "It's time for you to wake up and realize Trump is going to put up a fight.  Some of your neighbors will shoot at you".  Did you expect that sort of thing to happen?

A.   At the time I entertained it as a serious possiblity.  I try to, like I said earlier, maintain the negative capability mindset which is considering multiple possibilities and entertaining them all.  Considering every physical possibility in making different plans.

Q.   The idea is if you consider these, it gets you in the right sort of mindset?

A.   Yeah; if something happened then I would be able to respond in time to save my life.

Q.   I wanted to ask you about this one.  This is Government Exhibit 30.  And this is the one -- this is the day before you get arrested.  You are communicating with Jack.  And this is, "I am encouraging people to either stay in bed and live or come fight if they are not afraid to die at the hands of the enemy.

Whatever people decide to do is on them.  If someone joins a
protest and gets killed by Nazis that is only the Nazis' fault.
Blame the enemy.  Not yourself.  The plan is encirclement.  We
need friends to advance from Railroad Square".  And then there
is a section in here that says you are not sure you are going to
survive the weekend.

How do you explain all that?

A.  Well, at the time I was using steroids and smoking a bunch
of weed and side effects of that are paranoia and delusions of
grandeur.  And I was feeling extremely paranoid about everything
that was going on.  And going from the top down, this thing
about encouraging people to stay in bed and live -- or either
come out and fight the enemy or stay in bed and live, that is
something cool that I heard a commander say in Syria that I
thought was pretty motivational.  So I was trying to sound cool.
This encirclement strategy thing would not work if --

Q.  We will talk about that more.

So, as you sit there today, what's your view of those
comments?

A.  I feel like Don Quixote or Fyodor Dostoyevsky.

Q.  Okay.

A.  You know, like fighting windmills.  Or, in the case of
Dostoyevsky, he got picked up for his extremist rhetoric talking
about the oppressive government, and you know when he was let
off the hook, he committed his life to writing about it instead.

Q.   I also wanted to show you what I have marked as Government Exhibit 5, and this one that has not been admitted into evidence yet.  Let me see if I can find it here.  So we will need to take it down.

Let me show you what's been marked as Defense Exhibit Number 5.  I don't want you to read it just yet.  But what is this about, generally?

A.   This is --

Q.   The jury can't see it at this point.  We will publish it in a minute.

A.   I took a copy of the video from the January 6th insurrection and I posted to my own YouTube channel as my own video, and I put in the comments -- you want me to read it?

Q.   So this is some comments about that image that you posted?

A.   Yeah.  I was basically playing on the right wing conspiracy theory that --

Q.   Let's stop right there.

MR. MURRELL:  Judge, I would offer into evidence Defendant's Exhibit Number 5.

THE COURT:  That one will be admitted.

(DEFENDANT EXHIBIT 5:  Received in evidence.)

MR. MURRELL:  Now if we can publish it.

THE COURT:  You may.

Q    (By Mr. Murrell) Okay.  So I'm going to just -- so, the picture there is taken from the incident at the Capitol on

January 6th of this year.

Let me just read this to you, part of it. "I have acquired a sponsor, Soros, you know.  The Antifa card was finally approved and I, and my donors, will be offering cash rewards for information leading to the verified identification of any and every individual in this video.  Don't worry, we won't be going to the cops and we've decided to handle this ourselves because the DC cops let them in and all cops are infiltrated.  There will be no faith in law enforcement until every single department is shut down and replaced by new faces".

Let's back that up a little bit.  This I suppose is another example of your view of law enforcement?

A.   Yeah.  Based on observations.

Q.   Let me -- what I want to talk to you about is this part right here.  "Soros, you know, the Antifa card was finally approved".  You are saying that you have got funding from Soros?

A.   No.  I was joking because --

Q.   I mean, that's what it says on its face that you had funding from George Soros?

A.   That's what I wrote as a joke.

Q.   Who is George Soros?

A.   He is a prominent --

          MR. KUNZ:  Judge, I want to object to this, Judge.

          THE COURT:  What's the objection?

          MR. KUNZ:  Objection is hearsay.  Who George Soros is,

and everything else.

THE COURT:  He can say if he knows who George Soros

is.

BY MR. MURRELL:

Q.   Who is George Soros?

A.   He is someone who has a lot of money and he is Jewish and

he makes a lot of charitable contributions to organization he

believes in.

Q.   Left wing and progressive organizations, is that your

understanding?

A.   In general.

Q.   Is he the subject of a lot of, I suppose I would say,

unfounded right wing conspiracies?

MR. KUNZ:  Your Honor, speculation.  I object.

THE COURT:  That's sustained.  You can ask a different

way.

MR. MURRELL:  Judge, could we approach the bench?

THE COURT:  You may.

(Following conference held at sidebar at 2:05 PM.)

MR. MURRELL:  So I suppose this means we can now call

our expert, since I can't get it in this way?

THE COURT:  No.  First of all, were you being

sarcastic?

MR. MURRELL:  When I said -- no.  I am serious.  I

mean, we can't tell the jury who George Soros is?

THE COURT:  You already told the jury who George Soros

is.  The objection was to a separate question.

MR. MURRELL:  About is he the object of right wing

conspiracies.

THE COURT:  Yes.  And he is saying that that would be

speculative.  And what I was saying is you can ask it in a

different way.  You can ask what he has seen and how he meant

it.  You can do that.  But what actually is going on out there

in the real world about George Soros is not relevant to this.

You are trying to explain what his purpose was in saying this,

and you can do that without asking questions which he is not

qualified to answer.  He can say what he has seen on the

Internet.

MR. KUNZ:  Judge, may I ask a question?

THE COURT:  Yes, sir.

MR. KUNZ:  Maybe I misunderstood but I thought counsel

wanted to put this in to show this guy -- this was incorrect.

That he didn't know what he was saying by doing something like

this.  Now he was saying it was a joke.  That's not the same

thing that he offered --

MR. MURRELL:  I always said it was a joke.

THE COURT:  He said it was not a serious thing.  That

it was a fanciful thing.  I think this is consistent with

what -- my understanding of what Mr. Murrell was always going to

do with it.  Your objection is sustained.  You can ask why he

said that, or why he picked that name, or something like that.

(Sidebar concluded at 2:06 PM.)

BY MR. MURRELL:

Q.   Based on what you have seen, it's your understanding that George Soros was an object of unfounded right wing conspiracies?

A.   Specifically the Antifa card.

Q.   Pardon?

A.   Specifically the Antifa card.

Q.   Well, let's talk about -- we will get to the Antifa card in a second.

What you know about George Soros is it is your impression that he is the --

        MR. KUNZ:  Objection.

        THE COURT:  He can answer as to his impression.

BY MR. MURRELL:

Q.   It is your impression that he --

        MR. KUNZ:  He can ask the witness -- I object because he is leading the witness, number one.  Number two, he can ask the witness his impression.

        THE COURT:  Ask a different question and I will -- you can ask the question -- you were in the middle of a question is what I am saying, so you can ask a question --

        MR. MURRELL:  We will skip that.

        THE COURT:  Okay.

BY MR. MURRELL:

Q.   Was this a joke?

A.   It was a joke that I was arrested upon.

Q.   And what was the purpose of this joke?  What were you playing towards?

A.   I wanted to make fun of people who thought that this was really going on.

Q.   Did you ever get any money from George Soros?

A.   No.

Q.   Did you ever get an Antifa card?

A.   No.

Q.   This is a joke?

A.   Yes.

Q.   Not to be taken seriously?

A.   No.

Q.   All right.  Let me go on to ask you about the couple of other things.  There was mention of this app, Signal.  What is Signal?

A.   As the FBI agent explained, it's an encrypted app that people use as a messenger.

Q.   Did you use Signal to any extent?

A.   A little bit.  Friends were asking me to use it, but I don't like it because people get the impression that it's secure and I don't really think it is.  And I have nothing to hide.

Q.   So, if there is any suggestion you used to to any extent that would be wrong?

A.    No.  And that's why I deleted it.

Q.    There was a statement, there at the airport you were proud of your service in the YPG; is that a fair statement?

A.    Yes.

Q.    Do you remember saying anything like there was a thrill to kill, or anything like that?

A.    No.

Q.    Can you be a little cocky and bold sometimes in what you say?

A.    Yes.

Q.    But you don't remember saying that?

A.    No.

Q.    I did want to show you -- well, we've already seen Government 1 A and 1 B, the Call to Arms.  I wanted to ask you, did you expect an armed group to attack the Florida Capitol?

A.    At the time I thought it was like 25 percent possible out of a series of potential outcomes.

Q.    Now one of the posts early on talks about Call to Arms on January 17th, through January 24th; why did you cover such a long -- such a wide range of time?

A.    Those were the dates that the FBI reports outlined.

Q.    So, that was what you thought -- that was your thinking that's when this assault might take place sometime in between those dates?

A.    On or around Inauguration Day.

Q.   Inauguration Day being January the 20th?

A.   Yes.

Q.   The Call to Arms, was it your intent to -- did you feel like you were threatening anybody in particular?

A.   No.  I wanted to inspire the community to defend itself and to defend the Capitol and their country.  I didn't direct it towards the people who would be, in my mind, attacking the Capitol.  It was directed towards people who would be defending it.

Q.   Now, one of the FBI agents said that after you got arrested you made the statement that you were trying to scare some of these Neo-Nazis; what do you remember saying after your arrest?

A.   I'm not sure.  If anything, you know, hopefully they might be discouraged from actually doing something so stupid as to attack an armed Capitol, and avoid bloodshed altogether.  I think that's a much less violent outcome than --

Q.   Do you -- do you remember you saying you were trying to scare somebody, or do you think you could have said that?

A.   I could have, but I don't remember.

Q.   Okay.  I wanted -- oh, I meant to ask you this earlier.  We did see this video of you shooting that machine -- or the automatic rifle.  Where was that?

A.   That was Machine Gun America, just outside of Disney World in Orlando, Florida.

Q.   Tourist attraction?

A.   Yes.  And they knew all about the YPG and they were big
fans.

Q.   You did have some firearms, and we -- in fact, we've got
them here about us today.  The pistol, how long have you had
that?

A.   I've had that since I got back from Syria and Iraq.  I
picked it up intending to go get an armed security job.

Q.   By the way, do you have a concealed weapons permit?

A.   Yes.

Q.   The shotgun, how long had you had that?

A.   Just a few months.  Around the time Biden was talking about
he liked shotguns I went and bought one at Walmart when I was
getting groceries.

Q.   To be fair, you do think it's important for people to have
guns?

A.   Yeah.  I think if someone is armed, especially if they are
in a minority or an oppressed community, that it will empower
them to feel protected.  And, you know, being a little guy I
feel like even with jujitsu if enough people were to gang up on
me I wouldn't stand a chance.

Q.   Do you hunt, or was this just for self-protection?

A.   No.  I am vegetarian.  So, I don't hunt but if the economy
were to crash, for example, I would hunt for my friends who do
eat meat, or if I could no longer be a vegetarian and survive in
that kind of economy I would hunt.

Q.   We had a lot of talk about this AK-17 [sic] style rifle.
You did buy that?

A.   Yes.

Q.   And you bought some ammunition, too?

A.   Yes.

Q.   The officer said, or the agent said it was hollow point
ammunition.  Was there any purpose you got hollow point bullets?

A.   No.  It was literally the only .22 ammunition for sale when
I Googled .22 ammunition for sale on-line.  And there is a
shortage of ammo right now.  Because of the civil unrest people
have been buying up all the guns and ammo they can, and that's
--

Q.   That's what was the available?

A.   That was the only one.

Q.   As far as the rifle itself, is it an AK-47?

A.   No.  It's a replica.  I just bought it because it looks
cool.

Q.   It's a .22?

A.   It's a .22.

Q.   Why did you buy it?

A.   I am a left-hand left-eye dominant shooter, so the style of
the AK makes it easier for me to handle because of where the
safety is I can use it with my right hand without taking my left
hand off of the hand grip trigger assembly.

Q.   Did the appearance of it have anything to do with why you

bought it?

A.    Yeah.  I thought it looked cool and that's why I picked it.

Q.    Did you purchase it in connection with what you thought would be the attack on the Capitol?

A.    No.  I thought I have joined this Socialist Rifle Association and I don't even own a rifle -- I have a shotgun and a pistol -- so I should at least have a rifle that I could practice shooting with.  But I didn't intend to pick it up until after all of this drama was concluded, specifically because of the high stakes of this kind of drama.

Q.    I did want to ask you about this attack on the Capitol.  In the ad it says you had recruited a group of armed-volunteers -- an army of armed-volunteers.  Who was in that army?

A.    Me and my roommate.

Q.    Anybody else?

A.    No.

Q.    Did you expect anyone would volunteer?

A.    Not really.  When I was -- I was recently fired when the company lost a bunch of contracts, the security guard company, and so I was begging and anyone who gave me a dollar --

        THE COURT:  If you will just listen to the question and answer the question then he will ask another question.

BY MR. MURRELL:

Q.    Let's back up.  I'll help you with this.  So you said you did not expect anyone to volunteer.  And so let me ask the next

question.  Why didn't you expect anyone would volunteer?

A.   Because if it happened it would be dangerous.  And I didn't

have any communication with anyone who I had handed a flier to.

Q.   If this had come to -- if there had really been an armed

group that showed up at the Capitol, what did you think you

would have done?

A.   If they had just showed up, nothing.  If they had attacked

the cops, I would have hung back to see how the thing played out

and I would have used that time to scrape up wounded people,

with my roommate's car -- we had set up as a mobile ambulance.

Q.   By the way, do you have -- some people might think that odd

given your posts, and so on, but why would you do that?

A.   I am a certified emergency medical responder, and I am also

a certified combat lifesaver through the Army, which is now

tactical casualty care and combat certification.

Q.   So you had the training?

A.   Yeah.  And I have saved three people from gunshot wounds so

far.

Q.   So even if there had been an attack on the Capitol, you

weren't planning on engaging in any firefight or anything?

A.   Not unless I was fired upon first, or they had actually

defeated the whole entire National Guard that was there and they

asked for help.

Q.   You think that was likely to happen?

A.   No.

Q.   I wanted to ask you about your arrests.  Officers say it was about 8 o'clock in the morning.  What's your memory of about what time it was?

A.   I thought it was a little earlier, like 6 o'clock.

Q.   And what happened when -- how did it unfold?

A.   I had been laying in bed, kind of awake because I had had a PTSD nightmare about changing magazines, and I got up to switch with Eric, because we'd been sleeping in shifts after receiving death threats from --

Q.   Well, let me back up there a second.  Tell me about that. You had decided you needed to sleep in shifts?

A.   Yeah.  1 had asked Eric if we could sleep in shifts leading up to the inauguration because I had been receiving death threats from Proud Boys and they've been sharing articles about me.

Q.   Did you think that that was more -- you were more likely to have trouble given the environment?

A.   Yeah.  I thought if they did attack the Capitol they would also attack individuals who were well-known to be militant leftist.

Q.   By the way, there is one more exhibit I meant to show you.

        MR. MURRELL:  This has not been admitted yet.  Maybe we can go off screen there.

Q    (By Mr. Murrell) I'm going to show you what's been marked as Defense Exhibit Number 4.  Can you tell me what that is?  Can

you see it on your screen?

A.   No.

Q.   You can't see it on your screen?  Oh, that's because I haven't hit show.  Can you see it on your screen now?

A.   Yes.

Q.   Can you tell me what that is?

A.   That is the CNN article that I linked on the Call to Arms fliers and event.

Q.   So, on the Call to Arms you had a link to a news article from CNN?

A.   Yes.

        MR. MURRELL:  Judge, I would like to introduce that article as Defense Exhibit Number 4.

        THE COURT:  That will be admitted.

    (DEFENDANT EXHIBIT 4:  Received in evidence.)

BY MR. MURRELL:

Q.   Was that article one of the things that led you to believe that there might be an attack on the Capitol?

A.   Yes.

Q.   Let me see if I can do this.  I'm going to ask you -- I'm going to read some of this to you here.

    Give me one second here.

    All right.  I have drawn a square around this box.  It says, "Trump or War Today.  That Simple".  It's a quote.  "If you don't know how to shoot, you need to learn now".

Next paragraph, "We will storm the government buildings. Kill cops. Kill security guards. Kill federal employees and agents and demand a recount".

And then it goes on to say, "In the weeks and days ahead of Wednesday's siege on the Capital by President Donald Trump's zealous supporters, the warning signs were clear, on-line posts from hate groups and right-wing provocateurs agitating [sic] for civil war. The deaths of top lawmakers and attacks on law enforcement".

Was that the kind of thing that had caused you concern?

A. Yes.

Q. There is another excerpt I thought we might read. The next page -- see if I can get this to work. Here is another one -- if I can get it to work.

Here is another one: "Trump will be sworn in for a second term on January 20th, said a commentator on the Donald.Win, a pro-Trump on-line forum on Thursday. The day after the siege we must not let the communist win. Even if we have to burn DC to the ground tomorrow we take back DC and take back our country".

Another one of the sort of things that caused you some concern?

A. Yeah; I've been called a communist by the far-right wing people who have been --

Q. But these would have been -- that article, at least in part, led to your Call to Arms. Is that safe to say?

A.   Yeah.

Q.   All right.  So, let's go back to your arrest.  It's whatever time it is in the morning, whether it's 6 or 8.  You say you're awake because you were -- you and Eric were sleeping in shifts because you were concerned about this threat to maybe your safety.  So, what happens from there?

A.   We had switched.  Eric had gone into the main bedroom area to lay down and I went into the kitchenette area.

Q.   Can I stop you there, too.  I wanted to ask you this.  There was some emphasis on the fact that there wasn't any beds, or any belongings, or any furniture in there.  But that's the way it was?

A.   Yes.

Q.   How long had you lived there?

A.   Since October, I believe, of the previous year.

Q.   And you lived a spartan existence, I guess?

A.   Yes.

Q.   All right.  So, it's your shift and what happens?

A.   I had gone into the kitchenette area and I sat down to smoke some weed, because I was stressed out about the nightmares I was having, and then I heard banging that, you know, in my opinion sounded like the way a cop bangs on the door next door, and I was like, what's this.  And -- but they weren't banging on my door so I didn't respond initially.  And then they started banging on my door.  And I asked Eric if he was expecting

someone and he said no.  And so I picked up my pistol and I held it back behind my back because I was --

Q.   And why did you do that?  Not just anybody would have answered the door with a pistol in their hand.

A.   Because I've been around a lot of shootings that happened in America.

Q.   Okay.  This goes back to your fear of this right-wing threat?

A.   Yes.

Q.   Okay.  So you pick up the pistol.  You go to the door. What happens?

A.   I unlocked the door and put my foot against it and I opened it a little bit and looked outside and was like, what, and there was this guy dressed in civilian clothes holding a Chick-fil-A bag and he said, It's Postmates, I have your Chick-fil-A".

Q.   He said what now?

A.   "This is Postmates -- I'm with Postmates and I have your Chick-fil-A".

Q.   Postmate [sic] is a delivery service?

A.   Yeah.

Q.   And he says he got a Chick-fil-A bag for you.  What happens from there?

A.   I said, "I don't eat meat".  And he said, "Are you Dan Baker", and I thought this guy might be some crazy dude that's hunting me down, and I slammed the door shut and I locked it.

Q.    Now, at that point had you heard them say anything about the FBI?

A.    I had not.

Q.    Okay.  So you shut the door and locked it.  What did you do?

A.    I shut the door and locked it and I turned to Eric and I was like, you know, worried and I was telling him to grab the shotgun.  And then they started banging on the door and yelling "FBI".  And I said, "Oh, it's just the FBI".  And I looked at him and I was like, "Put the shotgun down", because the bullets will go right through a wall into the neighbor's and I threw my pistol away and it hit the wall by the refrigerator and fell. And I was standing between the stove and the door.

Q.    This is -- by the way, this is a pretty small apartment?

A.    Yeah.

Q.    How many rooms in the apartment?

A.    There's two.  Well, including the bathroom there's three and a closet.

Q.    All right.  So, anyway, you are standing by the door.  They have announced they are the FBI.  What happened from there?

A.    I was yelling at the door like, "Hey, I understand you're the FBI.  Let me open the door and I will let you in".  And they were yelling over me, "This is the FBI.  This is the FBI", repeatedly --

Q.    Could it be that they never even heard what you were

saying?

A.   I was yelling pretty loud with my war voice so I think they were ignoring me because they were all worked up and they wanted to kick the door down.

Q.   Well -- but at any rate they were knocking on the door at this point?

A.   Yeah.  And then the door started to move and I realized they were hitting it with the battering ram, so I stepped back away from the door but I was directly in front of it, and I got down on my knees and I put up my hands and I got down in what is called "child pose" in Yoga, where your forehead is on the ground, your knees are bent, and your butt is sitting on your heels, and I had my hands down like if you were in a worshipful posture.

Q.   Let me stop you.  Why didn't you just go open the door?

A.   Because I assumed that they were gonna come in with guns blazing like the FBI agent had told me they were gonna do.

Q.   All right.  So, I will ask you about that.  A FBI agent told you the FBI was going to come after you?

A.   Yes.

Q.   And, so at any rate you're on the floor and what happens from there?

A.   The door flew open and they threw a flash-bang and it bounced off of me and it hit the wall and then --

Q.   The flash-bang hit you?

A.   Yeah.

Q.   Bounced off you and hit the wall?

A.   Yeah.

Q.   The officer told us something about a flash-bang grenade, but what happens?

A.   He announced -- it went off and I brought my hands back to cover my ears and the flash-bang went off.  And then they piled on me like a dog pile, knees and elbow on me, and they pulled my hands behind my back, cuffed me, and dragged me across the doorway threshold and I have a scar on my left knee now where my skin was scraped off.  And then they held me outside.  And my glasses had come off and been broke a little -- like the lens fell out and they popped it back in.  And I was standing there barefoot, shivering in the rain, and they brought my sandals out for me.  And, you know, we were talking shit to each other, and then they threw me in the truck and told me not to turn around and look at my apartment.

Q.   Let me back you up.  You said they did bring a sandwich for you?

A.   Sandals.

Q.   Oh, sandals.

A.   My sandals.  I asked them if I could get my sandals because I was shivering in the cold and the shock.

Q.   I see.  Was there anything said about the Chick-fil-A bag?

A.   Not right then -- oh, yeah, yeah.  When I -- when I got

into the truck, yeah.  I told him, you know, leftists, in

general, respect honesty.  And if you had just come to my door

and told me, turn yourself in, I would have because you've come

to my door before and said, Hey, you should tone down your

on-line rhetoric and I did at that time, with that agent I

referenced earlier.

Q.   Tell me -- what was said about Chick-fil-A?

A.   I told him, you know, you should have done your homework

about me.  You didn't even know that I'm a vegetarian.  And I'm

such a vegetarian that I put that on my social media profile.

And, so I told them, you know, in the leftist groups we offer

criticism and self-criticism, and I offer you this criticism

that you didn't even do your homework and figure out I'm a

vegetarian.  And he said, I accept your criticism and, you know,

sorry for lying to you about that dude.

          MR. MURRELL:  Thank you.  That's all I have.

          THE COURT:  Thank you, Mr. Murrell.

          Mr. Kunz?

          MR. KUNZ:  Thank you.

                    CROSS-EXAMINATION

BY MR. KUNZ:

Q.   Mr. Baker, you just told the jury, I think, a few minutes

ago that your plan was on a Call to Arms not to go out and fight

people and encircle the police but you were going to wait and

see if the police needed help if they couldn't calm the

situation; is that correct?

A.   While driving in a circle around the Capitol.

Q.   Right.

A.   To check on the situation.

Q.   Did you not say that your plan was to wait and then assist the police?  Isn't that what you just told the jury?

A.   If they wanted help.

Q.   If they wanted help.  Well, your post didn't say anything like that, did it?  Your post -- let me show you Exhibit 1B.

     Mr. Baker, your post said, "Remember cops won't protect us because the cops and the Klan go hand-in-hand".

     You're telling us today that you were going to be the nice guy and help the law enforcement, if they had a problem.  But, in fact, your posts on January 12th, and again on the Call to Arms on January 14th, indicate you had no use for the police.

A.   Well, my friends on my social media don't like cops and I don't think that they would be willing to actually go defend the Capitol if they felt like we were cooperating with police.

Q.   Which is it?  What you told the jury today, or what you put in the posts about your --

A.   I also contradict myself in the post, wherein the one post I say encircle and in the other post I say, drive them down Apalachee.  So which is it?

Q.   That's not my question.  What is the truth today?  Is the truth what you told the jury today or what you put in your posts

about your feeling about law enforcement officers?

A.   It was what I told the jury today.

Q.   Okay.  And, you also told Mr. Murrell something about asking if someone would assault the police.  And your response was, yeah, you intended to just smoke them out, basically?

A.   Yes.

Q.   Why didn't you ask them straight up, if you're suspicious of him, about the police, because that question a reasonable person would read that not the way you are saying it is.  You know that, right?

A.   It's a loaded question for the purpose of seeing if somebody just wants to tell me what they think I want to hear.

Q.   Okay.

A.   I also asked him if they wear masks --

Q.   Thank you.

          THE COURT:  If you will answer his questions and he will have another one.

BY MR. KUNZ:

Q.   Now, on your response to the WTXL post -- and you did make that post, that Call to Arms response, your comment to it; is that correct?

A.   Yes.

Q.   Sir, looking at Exhibit 2A, look at that profile -- the picture.  That's you, isn't it?

A.   Yes.

Q.    And it's a firearm and a mask?

A.    Yes.

Q.    Your phone, when you let the FBI in Tampa take some pictures of it, Exhibit 9A, this is what the screenshot looked like; is that correct?

A.    Yes.

Q.    And your phone says, "We are militants.  We are not paid to make war.  We are partisans of revolution", and then you mention someone's name.  You believe that; isn't that correct?

A.    Yeah.

Q.    Okay.  And below this you list squad designated sharpshooter at YPG.

A.    Yes.

Q.    Is that true?

A.    Yes.  It was at the time.  It was when I was in Syria.  I am no longer --

Q.    That's right.  2020, in January, was that a true statement?

A.    I guess not really because I was not in the YPG when I was in America.

Q.    In fact, that statement was part of your bonafides, right, to tell people that you're a big foreign military guy, you can handle weapons and do stuff, is that true?

A.    It's part of my left-wing caricature; yes.

Q.    Now, Mr. Murrell, I think before lunch, talked to you about Government's Exhibit 13.  That's -- here, I have highlighted

this thing: "This is war. Are you willing to take up arms with us yet? Buy guns and join us this November. We are voting from the rooftops". And I think your response was, it was a joke?

A. It was.

Q. Okay. You're indicating to people, this is a war, we are going to take up arms, and voting from the rooftops; you understand that meant people on rooftops with rifles, maybe sniper rifles; right?

A. Yes. And I was quoting right-wing politicians.

Q. You are quoting what?

A. Right-wing politicians.

Q. That's what you are saying. You posted something that a right-wing politician did. But you didn't attribute it to them. This is you. This is Daniel Baker on October 2, 2020 posting this to other individuals; isn't that true?

A. Yes.

Q. And right below it you are indicating, "I am America. I can buy firearms at the grocery store so I just did".

Exhibit 15 I think counsel may have asked you about. Is it your testimony today that this was another joke?

A. I was trying to, you know, encourage my friends to get out and train. But, yes.

Q. So your friends are going to get out and train by you saying, listen, I hope there is a coup on November 3rd. I want to slay enemies. This is going to encourage your friends to

train?

A.    Yeah.  People took that seriously when they were going to overthrow the election results and a lot of people felt like they would have to run for their lives.

Q.    You took it seriously, too, didn't you?

A.    At the time, I did -- like Don Quixotes.

Q.    So at the time you were anxious to post anything you could to scare other people, or thwart other people from having these armed protests, is that true?

A.    My profiles are set to private, so I was only talking to leftists, who I screen, who are my friends, that I was encouraging to defend themselves.

Q.    Okay?

A.    That's why you had to get the --

Q.    Now, on Exhibit 18, Mr. Baker, I know counsel asked you questions about this thing, but you're talking about things a revolutionary learned from CHAZ/CHOP.  This is what you are indicating to people basically lessons learned.  Isn't that true?

A.    Yes.

Q.    And, specifically, you're talking what they should do in such a situation.  This is supposedly a protest, but it was more than that; right?

A.    No.  It was a protest.  And they were passionately angry about watching someone get murdered by a cop in the street.

That's why they occupied the police station, which I criticized them for.

Q.   Mr. Baker, you are urging other people to, "bring weapons. There is going to be a shootout".  You give them some advice as to tactics about striking and holding targets --

A.   Of little value.  Not police stations.

        THE COURT:  You need to just wait for him to finish the question and then you will answer it.  That way the court reporter can get everything down, please.

BY MR. KUNZ:

Q.   Is it not correct that you said, number one, "Bring guns. They are going to shoot at us whether we're armed, unarmed, or peaceful anyway"?

A.   I said that.

Q.   And that's your true feeling about police; right?

A.   No.

Q.   No?  So this was a lie when you posted this?

A.   No.  I was referring to far right-wing people, some of them are police but not to all police.

Q.   Okay.  I thought you just indicated that they should bring guns because the police had guns and they shot somebody?  Didn't you just say that?

A.   It was not that they shot somebody.  I was referring to far right-wing people like Kyle Rittenhouse.

Q.   Okay.  And there's no doubt that you gave this advice; is

that correct?

A.    I did.

Q.    Was this Ms. McDonald?

A.    Yes.

Q.    And you indicated the -- these two items in Exhibit 19 that you posted saying you want to sell them for $10 apiece.  This one and the next one.  And then you indicated, "they are going to be valuable when I'm in prison".  You understood what you were doing and you understood that you may go to prison; isn't that correct?

A.    I was under the belief that no matter what I did I was going to be taken to prison for my beliefs because that's what a nice agent, an FBI agent told me, in South Florida, because I had posted protesting against the way ICE treats children.

Q.    But, in Tallahassee you are posting these items and you're indicating, and on this date, of December 13th, this is a month before you do your Call to Arms, you are indicating you may go to prison.  Didn't you say that?

A.    I did say that.

Q.    So we can understand, I think you said, as to Exhibit Number 23, where you posted this, "I'm a killer my ninja" -- this is on your Instagram -- "Google can Baker ypg sniper".  That was your post?

A.    That was my post.  I believe that was a private message between me and this guy who just started messaging me out of the

blue.

Q.   Okay.  And then on the second page you indicate about your 16 kills.  Was that true or did you make that up?

A.   I made that up.  And I was just talking big because I wanted him to stop bothering me and for the last five years these people have been bothering me on a daily basis.  And I have been reporting that to the FBI and there's been nothing done about it.

        THE COURT:  Mr. Baker, you need to just focus on just answering the question and then he may have another question and then your attorney may have some follow-up questions as well.

BY MR. KUNZ:

Q.   Now, I think counsel had asked you about a .22 rifle.  This is Exhibit Number 24.  Now, you indicated "It's deadly.  It's used as a silenced weapon with subsonic rounds and a water bottle".  You said that, right?

A.   Yeah.  I have killed raccoons and squirrels when I was a kid --

Q.   It's your testimony today that that was referencing killing squirrels and stuff as being deadly?

A.   Yes.

Q.   And that's why you bought, with virtually no money to your name, that's why around January 14th you purchased this Mauser, for four hundred some odd dollars, to shoot squirrels?

A.   Because I had just joined the Socialist Rifle Association.

And I thought the economy was going to be jacked up if there was civil unrest. And if I had to eat meat then I would, but I could provide meat for my friends in the event that they couldn't get any.

Q.   Now, counsel had asked you about one of these posts, Exhibit Number 25, but I don't think he read the last part of it. So, let me ask you this, this is your post on January 12th, the same day that you posted the initial Call to Arms, and you indicate "Death to America", and spelling of that is the spelling that anarchists use; isn't that correct?

A.   It's a spelling somebody uses when they are referring to KKK culture in America.

Q.   Anarchists use that?

A.   Not -- the person who showed me that first spelling of America the first time was an FBI informant who is not an anarchist.

Q.   Okay. Anyway, here you indicated not just a problem with the former president, but you indicated both the current and the elect.

A.   Yeah; I wanted Biden -- or I wanted Bernie.

Q.   So, it's fair to say that this was not all one thing about a right-wing conspiracy. You were upset with any of the government as an anarchist would be; is that correct?

A.   No.

Q.   You weren't?

A.    No.  I was talking about the KKK culture because cops and Klan do go together in a lot of cases.

Q.    You said, F the present current and elect.  You are not talking about anything else.

A.    I can obey the law in a country whether or not I like the president.

Q.    Okay.  That's why you said death to America?

A.    Death to the KKK culture in America.

Q.    Okay.

A.    And that's also a reference to meme where it's these guys, Jihadis, on this show called Memory TV in the Middle East.  And every time they open up the show they say, "Death to America, of course".  And because a bunch of people call Antifa terrorist, it's a joke that we say this kind of thing when we get off of a band.  It's a long running joke.

Q.    Mr. Baker, you did a lot of joking on your Facebook and Instagram; is that what your testimony is?

A.    Almost exclusively jokes.  As an ironic parody of a left-wing caricature.

Q.    Now, your Call to Arms was serious and you intended to scare anybody who may think they want to come to Tallahassee and attack the Capitol.  Is that true?

A.    No.  I wanted to encourage people who are in my community to defend themselves.

Q.    Did you not tell Special Agent Marti and Special Agent

McNair after you were arrested that you posted these items to

scare off individuals from coming?

A.    I don't think so.

Q.    You don't think so?  You heard Agent Marti testify

yesterday.  That's what he said you said.  Did you say it or

not?

A.    I don't think so, no.  They also said that --

Q.    So he's wrong?

A.    -- they also said they announced themselves before they --

Q.    My question, sir, did you say that?  Yes or no?

A.    No.

Q.    I think you told Mr. Murrell that based on a lot of stuff

that was put out there by the right that you believed a lot of

these things were going to happen; is that correct?

A.    At the time I did.

Q.    But you want the jury not to believe when you post a threat

towards people other than your ideology, isn't that what you are

doing?

A.    Which threat are you referring to?

Q.    I am talking about your Call to Arms you put out there.

Are saying, Oh, I didn't mean that, and that wasn't anything,

but you believe -- you want the jury to believe that you were

serious, or you believed the right, or other folks -- extremist

who posted items, but when you post an apparent threat you

weren't serious?

A.   When I posted the Call to Arms I was serious about encouraging people to defend the Capitol from insurrectionists, but I wasn't directing it towards those insurrectionists.

Q.   You intended anyone who read that to understand that there was somebody by the name of Dan Baker, who was going to defend the Capitol in Tallahassee and he was getting other people to do it.  Isn't that why it was posted?

A.   Yeah.  I wanted to defend the Capitol from insurrectionists.

Q.   And you wanted everyone to know about that; didn't you?

A.   Not everyone.  Just the friends who were able to see my private profile.

Q.   Right.  When you added that Call to Arms post at WTXL that's not just your private friends.  That's for everybody to see.

A.   Yeah; I didn't think that the police were actually prepared because the Capitol police let people in.  So I thought that the police might not actually be inclined to defend the Capitol, and I didn't know at the time that the National Guard was going to be there because I had read that the National Guard was being sent to defend the DC Capitol.  But if I had known that the National Guard would be here, I probably wouldn't have bothered with that flier at all.

Q.   Again, you posted that to let the world know that there was going to be somebody there defending Tallahassee besides law

enforcement; didn't you?

A.   Yes.

Q.   Now I think you told the jury earlier, sir, that some of the things about the YPG that have been indicated here in court, either in posts, or from what you may have said to people, may not have been correct; is that right?

A.   What are you specifically referring to?

Q.   Let me start -- I think you told the jury before lunch that you didn't do any training of any people at the YPG.

A.   Not military training with firearms.  No.

Q.   Did you not tell Special Agent Biehn that when you were interviewed in early 2019 that, in fact, you had gone over and you had actually trained some of these individuals?

A.   No, I did not tell them that, and if they said that, there are other discrepancies in that transcript.

Q.   The question was, you deny saying that to the FBI agent?

A.   Yes.

Q.   And it's fair to say that you consider the FBI, at least as of January 15th of 2021, the FBI had been -- I am not sure the right word -- invaded by or taken over by Neo-Nazis?

A.   Infiltrated.

Q.   Infiltrated.

A.   To a lesser extent than other agencies, yes.

Q.   What's that, sir?

A.   To a lesser extent than other less-professional agencies.

I consider them to be less corrupt than the CIA or local law enforcement.

Q. Didn't you say that the FBI was infiltrated by Neo-Nazis?

A. Yes.

Q. I think on that recording, that was played for a few minutes, when you were with the FBI, I think you indicated that you were glad that they came for you and not somebody else.

A. A lesser of evils.

Q. How do you know they weren't Neo-Nazis?

A. I didn't know. But when they were kicking my door down they were yelling FBI, and I figured it was worth the tactical risk to throw down my weapons and surrender because I don't want to get into a shootout with the authorities.

Q. Sir, when you were stopped going through the Tampa airport, in January of 2006 -- excuse me, January of 2020, you told the security supervisor there that you liked to kill?

A. I did not say that.

Q. Okay. So you deny that, too?

A. I do.

Q. Okay. So all the agents that have come in here and said specific statements that you have made, you deny that they just -- you haven't said any of those things, is that correct?

A. In circumstances where it makes their case stronger, they have lied in order to make me look worse.

Q. All right. So they are lying about you to the jury?

MR. MURRELL:  I object.

THE COURT:  That one was -- what's the objection?

MR. MURRELL:  Characterization.

THE COURT:  It's sustained.  It was asked and answered.  You can ask your next question.

Q    (By Mr. Kunz) Now, you remember you were interviewed at one point about the CHOP; isn't that correct?

A.   No.  Actually that person posted this stuff and maybe they heard me talking to somebody else.  At one point I made public speech in the CHAZ/CHOP where I criticized them for taking a police station, and I think this person heard that and twisted my words and wrote an article.  But I never spoke to that person.  And I was in the process of trying to retain a lawyer in order to get that take down.

Q.   But you never did; did you?

A.   No.

Q.   And so you never said in the CHOP "if they really want a revolution they need to get AKs and start making bombs"?

A.   No.  I told them that they should not have taken over a police station because this wasn't Vietnam.

Q.   That's not my question.  Did you say that?

A.   No; I did not say that.

MR. MURRELL:  Objection.  I think he can explain what he said.

THE COURT:  The question was, did he make that

statement.

        MR. MURRELL:  All right.

        THE WITNESS:  No, I never said that.

BY MR. KUNZ:

Q.   Now, you mentioned, sir, that you're greatly influenced by

the Hare Krishna.  I'm not sure -- did you say you were a member

of them?

A.   Yeah.  It's my religion.

Q.   Your religion.  Do they normally promote the possession and

use of firearms?

A.   They do believe in a caste system which involves a warrior

case, and I was born into a family where the patriarch of the

family was a military service member, police officer, and he

trained me since I could walk to run, jump, shoot, and hunt.

Q.   So other Hare Krishnas may have two, or three, or four, or

five firearms and be members of the Socialist Rifle Association;

is that what your testimony is?

A.   Probably not all of those things combined.  But some of

them do own firearms, I imagine.

Q.   I thought they were for peace?

A.   For inner peace.  And they are yogis, but that means

encompassing everything that goes on and spiritualizing it.

Q.   Were Hare Krishnas going to join your Call to Arms and

defend Tallahassee?

A.   I hope not.

Q.   Well you know they wouldn't because they don't use firearms and violence.  You know that; right?

A.   I'm sorry.  Are you an expert on Hare Krishna spirituality?

Q.   Sir, my question, you know they would not do that.  Isn't that correct?

A.   Hare Krishnas have been documented cutting people's heads off with a Samurai sword.  That happened.

Q.   They are using firearms and AK-47-type weapons?

A.   I imagine that some of them are firearm users.  Hare Krishnas tend to be more conservative.  Hindus, in general, are more conservative, at least as conservative, as conservative Christians.

Q.   Sir, counsel asked you about the video in which you're firing a machine gun.  You took that video yourself; is that correct?

A.   I took a video of myself firing an assault rifle.  A belt-fed machine gun would be like the Arab guy shooting in the combat footage.

Q.   That weapon.  Had an automatic?

A.   It did.  Yeah.

Q.   You were enjoying firing it; is that true?

A.   Yeah.

Q.   And in the video that you made of yourself doing this you made sure at the end you indicated that you "can't wait to get back to Syria to kill some Jihadis or Turks".  Is that what you

said?

A.    No.  I said "I am going back to Syria".  I didn't say I can't wait.

Q.    After you said you're going back, and I guess you were going to kill some Jihadis and Turks; is that what you said?

A.    I said that.  The Turkish government supports ISIS.

      Many of the Jihadis are Turks.

          THE COURT:  Mr. Baker, I've asked you several times. You just need to listen to the question and just answer the question.  There is not a question pending right now.

BY MR. KUNZ:

Q.    You told the jury earlier, with respect to some questions about your blue belt, that you can get in a lot of trouble if you wore one and you didn't deserve to have one.  Is that what you said?

A.    That sentence doesn't make sense.

Q.    I think you said you would get in a lot of trouble to say you were a blue belt when you weren't.

A.    No, I am a blue belt.  I would get in trouble to say that I was a black belt or a jujitsu master.

Q.    If you were what?

A.    If I was a black belt or a jujitsu master.

Q.    Okay.  So, you understand that -- you know the difference between crossing the line and doing things that are right and things that are wrong; don't you?

A.    Of course.

Q.    Now, you also told the jury -- let me see if this is correct.  Your testimony was that the U.S. military depended upon you using a Samsung tablet to call in strikes to assist the Kurds.

A.    That happened.

Q.    So that's your testimony?  Military received communications, electronically, from you from a Samsung tablet?

A.    Yeah.  Special forces and Marines hung back two kilometers and they let the internationals and the locals do the actual dying and fighting.  So we would call in targets.

Q.    Now, it's fair to say you didn't have too much money in January; is that correct?  January of this past year?  January 2021?

A.    Yes.

Q.    Things were tight?

A.    Yes.

Q.    Yet you paid four hundred some odd dollars for that Mauser long rifle; didn't you?

A.    Yes.  After rent was paid.

Q.    In fact, someone provided you $500 to buy that; isn't that correct?

A.    Yes.

Q.    Sir?

A.    Yes.

Q.    And who gave you that money?

A.    Jackson Perkins.

Q.    And who is he?

A.    He is a friend who helped me pay for my first plane ticket to Iraq.  And if I need help for rent, or food, or, you know, even if he just has some extra money to give me sometimes he sends money.

Q.    And, you also, at that same time, bought a 3D printer; did you not?

A.    I did.

Q.    And 3D printers can be used to do what?  To make a gun, right?

A.    Theoretically.  I wanted to make an OPA and MPA, oropharyngeal airway adjunct which you use when someone is unconscious to keep them from swallowing their own tongue.  You can also put the MPA up their nose.  But you can 3-D print those.  And if I went back to Syria I wanted to bring these to give out because they are not part of medic kits I saw there, and I also wanted to 3-D print tourniquets.  And I was also going to gift it to my roommate, because he is an artist and you can make all kinds of things.

Q.    So, in January of this year, 2021, you bought this 3-D printer, a two hundred plus dollar 3-D printer, so that you could have something to take back to Syria whenever you may go there.  Is that what your testimony is?

A.    I still intend to go back, yes.

Q.    Now, both your posts of January 12th and on January 14th, both of them was a message by you for any people who plan to come to Tallahassee and protest in an armed fashion to be aware and stay away; is that true?

A.    No.  Not any people.  It would be -- and not protesters. It would be if armed insurrectionists came and engaged the cops and defeated them, and then, you know, we would step in if we could.  But I would rather act as a street medic like I've done in the past.

Q.    That's right.  But what you are telling the jury today is not what you posted in those two posts of January 12th or January 14th; is it?

A.    I'm sorry.  Can you clarify that?

Q.    You just said that you would wait and see if they overpowered the police and then you guys would step in.  That's not what you put in the post on January 12th and January 14th; was it?

A.    That is what it says on the flier.

Q.    If the police get overcome then you are going to move in?

A.    It says --

Q.    And then you will provide medical aid?

A.    -- cops.

Q.    Sir?

A.    It says let them fight with the cops.  The plan was to see

how it turns out.

MR. KUNZ:  I have nothing further of this witness.

THE COURT:  Okay.  Thank you.

REDIRECT EXAMINATION

BY MR. MURRELL:

Q.   Mr. Baker, did you get that 3-D printer to print firearms to take back to Syria?

A.   Not firearms, no.  Medical supplies.  And I never received the 3-D printer.

Q.   Medical supplies?

A.   I don't think it ever came in the mail.  I had been waiting for it for a while.

Q.   That was that post, "Death to America, of course", and then you made the comment about the past and current president.  Was that intended to be some kind of serious comment on the country and the president?

A.    No.  It was a joke based on this meme about Jihadis with their own version of Fox News where they stand there, and when they open up the guy says, "Death to America, of course.  I am back on air".  And you know, we've made memes about that because the show is so ridiculous that you could screenshot whatever they say and it turns out funny.  And -- so because people view Antifa as terrorists, we joke about it because what else can you do when someone calls you a terrorist.  I am not going to engage in that conversation.

Q.   These statements that you did, or did not make to the officer after your arrest, that would have been a few months ago back on January the 15th?

A.   Yes.

Q.   Do you remember precisely what you said?

A.   No.  I was pretty stoned at the time.  And it's been a few months since then.

Q.   And, you had just been -- they had just broken down your door and threw in a flash-bang grenade and dragged you out?

A.   I had a smoking weed in my hand, yes.

Q.   I want to -- I asked you this before, but I did want to make this clear.  So you certainly thought that there could be an attack on the Capitol on some time around January 20th?

A.   I thought that could happen.

Q.   But you mentioned earlier a specific percentage.  Did you think that was certain -- a certainty?

A.   Yeah.  I said 25 percent because I was thinking they do, or don't, or they show up and it doesn't work, or some unknown variable.

Q.   Again, Mr. Kunz asked you if what you said in that Call to Arms was accurate, or true, and that's what you intended.  Tell me again how big was this army that you had recruited to help you defend the Capitol?

A.   One car with my roommate and myself as a mobile ambulance.

Q.   By the way, this idea of defending the Capitol, did you

think that lawfully you could do that?

A.    I thought that as a former U.S. solder, when we swear an

oath to defend the country that that's what that meant.

Q.    Did you feel like you had a duty to defend the Capitol?

A.    I did.

Q.    Do you feel like that if you did so it would be a lawful

thing to do?

A.    I did, even though it would contradict my ideology and a

lot of the leftist and Antifa types, I thought that this is

something that I have to do and I'd be willing to die to defend

my community.

          MR. MURRELL:  Thank you.  That's all I have.

          THE COURT:  Okay.

                    * * * * * * * *

          I certify that the foregoing EXCERPT is a correct
transcript from the record of proceedings in the above-entitled
matter.  Any redaction of personal data identifiers pursuant to
the Judicial Conference Policy on Privacy is noted within the
transcript.

/s/ Lisa C. Snyder                    6/3/2021

Lisa C. Snyder, RPR, CRR              Date
Official U.S Court Reporter

# I N D E X

DEFENDANT'S WITNESS                                PAGE
DANIEL BAKER:
Direct Examination By Mr. Murrell                    2
Cont. Direct Examination By Mr. Murrell             51
Cross-Examination By Mr. Kunz                       80
Redirect Examination By Mr. Murrell                102

| DEFENDANT'S EXHIBITS | | OFFERED | RECEIVED |
|---|---|---|---|
| 3 | Video | 34 | 34 |
| 4 | News article | 73 | 73 |
| 5 | Article | 60 | 60 |