search memes on me.me  Sign Up

     



EXHIBIT 1