Start: 1:05 p.m.
Stop: 2:44 p.m.

# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No:   4:21-cr-10-AW                                    Date: 10/12/2021

PROCEEDINGS:        Sentencing

PRESENT:    Honorable ALLEN WINSOR, District Judge

| | | Lazaro Fields |
|---|---|---|
| TiAnn Stark | Lisa Snyder (USDC) | Stephen Kunz |
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |
| April McCommon | | |
| Probation Officer | Interpreter | |

U.S.A  vs.  (DEFENDANT LISTED BELOW)       ATTORNEYS FOR DEFENDANT

                                                                   RANDY MURRELL
 DANIEL ALAN BAKER                                ELIZABETH VALLEJO
 X present  X  custody  _bond  __O/R       X  present   X  appt   ___retained

DEFENDANT PREVIOUSLY ADJUDICATED GUILTY OF COUNT(S) 1 and 2

SENTENCE IMPOSED:
 X   Defendant remanded to the custody of the Bureau of Prisons
        on count(s)    1   imprisonment for a term of  44  months
                       2   imprisonment for a term of  44  months concurrent

 X   FINE PAYMENT:    X  Fine waived;  ___ Fine of $_____
                      X   SMA of $ 200   due immediately

___   RESTITUTION: Defendant is liable for restitution of:
      $_____ made payable to ____ interest waived

 X   S/R or PROBATION: Defendant is under  X  Supervised Release upon completion of
     term of imprisonment or ___ Probation for a period of  3 years as to each count,  to run
     concurrently . With the following special modifications:
         ____ Defendant to be deported upon release from BOP
         ____ Defendant to report to the USPO in the district where released within 72 hours of release from BOP
         ____ Defendant shall not own or possess a firearm or other dangerous weapon
         ____ Defendant shall submit to:___ testing for the use of drugs or alcohol;___Alcohol/Drug treatment;
              ____ Mental Health counseling if deemed necessary by the Probation Officer CBT
         ____ Defendant shall provide requested financial information to the Probation Officer
         ____ Defendant shall make payment on the restitution in monthly installments of $600
         ____ Upon release, Defendant shall maintain employment or enroll as a full-time student
          X   Additional Terms:  See PSR, mental health treatment evaluation

SENTENCING MINUTES CONTINUED

_X_   Defendant has read the pre-sentence investigation report (PSI) and has discussed it with his/her attorney

_X_   Objections to the PSI were made

_X_   CUSTODY STATUS
      _X_   Defendant committed to the custody of the US Marshal
      ____   Defendant to surrender to US Marshal at_____ or designated institution no later than 12 noon, on _____
      ____   Defendant remains on bond with___ same terms and conditions or _____ with modified terms as follows:
      ____   Defendant is released after meeting with Probation Officer

____   Remaining count(s)____ is/are dismissed on government motion

_X_   Court informs Defendant of right to appeal

_X_   Court recommends facility in or near Central Florida


FORFEITURE issues argued  - Under 981,  the guns are not forfeitable. Under 3645, with the exception of the 22 rifle, the remaining guns are forfeitable.

OBSTRUCTION OF JUSTICE motion argued - Court finds in favor of the government

NUMBER OF THREATS argued - objections overruled

INTENT TO CARRY OUT THREAT argued - objections overruled

Defendant's Exhibit 1, marked and admitted