```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF FLORIDA
                       TALLAHASSEE DIVISION


UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         ) Case No: 4:21cr10
                               )
        v.                     ) Tallahassee, Florida
                               ) May 6, 2021
DANIEL ALAN BAKER,             )
                               ) 9:30 AM
            Defendant.         )
                               ) VOLUME III of III
_____)


                     TRANSCRIPT OF JURY TRIAL
                BEFORE THE HONORABLE ALLEN C. WINSOR
                    UNITED STATES DISTRICT JUDGE
                        (Pages 1 through 13)
```

APPEARANCES:

For the Plaintiff:        United States Attorney's Office
                          By:   STEPHEN M KUNZ
                                LAZARO FIELDS
                                Asst. U.S. Attorneys
                                Stephen.Kunz@usdoj.gov
                                Lazaro.Fields@usdoj.gov
                          111 N. Adams Street, Fourth Floor
                          Tallahassee, Florida 32301

For the Defendant:        Federal Public Defender
                          By:   RANDALL MURRELL
                                ELIZABETH VALLEJO
                                Attorneys at Law
                                randolph_murrell@fd.org
                          227 N Bronough Street, Suite 4200
                          Tallahassee, Florida 32301



              *LISA C. SNYDER, RPR, CRR*
          Official United States Court Reporter
       111 North Adams Street, Tallahassee, FL 32301
           (850)567-1374 * lisasnydercr@gmail.com

P R O C E E D I N G S

1
2      (Call to Order of the Court at 9:30 AM on Thursday, May 06,
3   2021.)
4         THE COURT:  Good morning.  Please have a seat.
5         We have Mr. Baker here and all of the lawyers are
6   here.  We do have a jury question.  I'll hand it down, copies
7   down.  Do you have a copy, Ms. Stark?  I'll give you the
8   original too.
9         Question is, what is the legal definition of
10  kidnapping as it applies in this case.  And the instructions did
11  not include a definition of kidnapping.  It did include a
12  reference to kidnapping, of course, as part of the elements.
13        So the question is, what's the appropriate response?
14  And I do have some thoughts, but I would like to hear from you
15  all first.  I will give you a minute to confer and whatnot and
16  then I'll be open to suggestions.
17        MR. MURRELL:  Judge, we were just looking at the
18  statute.  And I think the first paragraph of the statute pretty
19  well describes it.  It's 18 U.S.C. 1201.
20        THE COURT:  That's the kidnapping statute?
21        MR. KUNZ:  Yes, sir.
22        MR. MURRELL:  Yes, sir.
23        THE COURT:  Okay.
24        MR. KUNZ:  Judge, we would recommend that that first
25  Section A right through, it says, any person, and just right

1  through that.
2          THE COURT:  Say that last part again?  I'm sorry, or
3  say any of it?
4          MR. KUNZ:  Yes, sir.  It would be --
5          THE COURT:  I'm looking at 18 U.S.C. 1201, the federal
6  kidnapping statute here.
7          MR. KUNZ:  Right.  Paragraph A, unlawfully seizes, et
8  cetera, is on the top.
9          THE COURT:  Yes, sir.
10         MR. KUNZ:  And up right where it says, reward or
11 otherwise any person, except in the case of a minor, we would
12 recommend you stop at person.  We don't have to worry about the
13 minor, Judge.
14         THE COURT:  Okay.  Well, the other issue we have it
15 says, and holds for ransom or reward, that would be --
16         MR. KUNZ:  Yes, that would be abduct or carry away, to
17 hold for ransom or reward or otherwise, any person.  Maybe I'm
18 not being clear.
19         THE COURT:  Well, you are being clear.  I was, yes,
20 sir.  I was reading that holds for ransom to apply for
21 everything, but it clearly does not.
22         Okay.  So the recommendation would be just to have all
23 of that except for the word except and everything that goes
24 after that?
25         MR. KUNZ:  Right.

1        MR. MURRELL:  It would be fine with us, Judge.
2        MR. KUNZ:  The first part up to that, that word
3   except, Judge.  That would be a good definition for them.
4        THE COURT:  Okay.
5        MR. MURRELL:  I mean, I suppose the question of
6   whether the statute is speaking in generic terms or the
7   particular federal statute, but I think this is fairly generic
8   as well.
9        THE COURT:  That's what I was thinking.  I do think
10  the statute would cover somebody who met the state thing.  But
11  it's all just sort of general, whether you look at the federal
12  or state it's the general kidnapping.  And the Florida statute
13  is similar.
14       MR. KUNZ:  There is a case, Judge, I think that was
15  relied on by the magistrate judge finding that kidnapping
16  existed here.  It's general kidnapping terms of two elements,
17  Judge.  And that's covered by the statute here.
18       THE COURT:  Okay.  One other observation is that the
19  definition would be provided to include the word kidnap.  I
20  think that's probably fine, but --
21       MR. KUNZ:  Judge, I have another suggestion possibly.
22  I haven't shown counsel this.  But in the pattern jury
23  instructions on kidnapping they define to kidnap a person.  And
24  it's offense 49 instruction.
25       THE COURT:  Just a moment.

```
 1              MR. KUNZ:  That may be a little clearer, Judge.
 2              THE COURT:  Let me pull that up here.  You said 049?
 3              MR. KUNZ:  Yes, sir.  And there's a definition to
 4   kidnap a person.
 5              MR. MURRELL:  No.  That's fine, too.
 6              THE COURT:  Okay.  I'm looking at 049.  And it would
 7   be --
 8              MR. KUNZ:  I think that's simpler, Judge.  That's what
 9   my recommendation is.  It's simpler.
10              THE COURT:  So, there's a paragraph after the elements
11   in the pattern that says, to kidnap a person means, and it goes
12   on.  The second sentence says, involuntariness or coercion.  It
13   just would be those two sentences, correct?
14              MR. MURRELL:  Yes, sir.
15              MR. KUNZ:  Yes, sir.  That may be simpler, Judge.  Or
16   at least more understandable, anyway.
17              THE COURT:  Okay.  Okay.  I'm going to read into the
18   record what I have typed up here.  And then I'll let you all
19   look at it as well.
20              It says: I have received your question.  You have
21   asked for the legal definition of kidnapping as it applies in
22   this case.  For your purposes, and then the rest of what I'll
23   read is pasted from the pattern instructions.
24              "To kidnap a person means to forcefully and unlawfully
25   hold, keep, detain -- it says and confine -- that person against
```

1  the person's will.  Involuntariness or coercion relating to
2  taking and keeping the victim is an essential part of the
3  crime."
4              So that's what you both agreed to is my understanding?
5              MR. MURRELL:  Yes, sir.  I think that's accurate.
6              MR. KUNZ:  Yes, sir.
7              THE COURT:  What I'll do, I'll email this to you,
8  Ms. Stark.  And if you'll print a couple of copies and just let
9  them take a look at it before we send it back.
10             THE COURTROOM DEPUTY:  Yes, sir.
11             THE COURT:  While we're here and Ms. Stark is printing
12 that, let's talk about the rest of the day.  What I was going to
13 do is around 11:30 just have the Court staff offer them lunch
14 and have that brought in and have them keep going.  And then if
15 it continues throughout the day I would do a similar letter.
16 I'd probably bring you all back midafternoon just to talk about
17 the schedule.  But my plan would be to have lunch brought in for
18 them, let them continue working through lunch and then late in
19 the afternoon give them a similar instruction as yesterday.
20 But, any thoughts or comments on any of that?
21             MR. KUNZ:  That's fine with the government, Judge.
22             MR. MURRELL:  That's fine with us, Judge.
23             THE COURT:  Okay.  Have you taken a look at that?
24             MR. MURRELL:  Yes, sir.  It's fine.
25             MR. KUNZ:  It's fine.

1  THE COURT: Okay. Then we'll have that sent back and
2  we will be in recess.
3      (Recess taken 9:44.)
4      (Resumed at 12:12.)
5      THE COURT: Please have a seat.
6      Well, the defendant is present, all of the lawyers are
7  present. I am told that the jury has a verdict.
8      Is everybody ready to bring the jury in?
9      MR. FIELDS: Yes, Your Honor.
10     MR. MURRELL: Yes, sir.
11     (Jury in at 12:14.)
12     THE COURT: Please have a seat.
13     Are you the foreperson, sir?
14     FOREPERSON: Yes, sir.
15     THE COURT: Has the jury reached a verdict?
16     FOREPERSON: We have, sir.
17     THE COURT: Is that verdict unanimous?
18     FOREPERSON: Yes, sir.
19     THE COURT: Is it written on that form that you have
20  there?
21     FOREPERSON: Yes, sir.
22     THE COURT: Will you please hand it to the court
23  security officer?
24     And the verdict form is signed and dated. I'm now
25  going to publish the verdict. That means I'm going to read it.

1  Ladies and gentlemen, you'll be polled after this to ask whether
2  this is your individual verdict.  So please listen carefully as
3  I read the verdict form.
4         We, the jury, unanimously find the defendant Daniel
5  Alan Baker as to count one of the indictment sending in
6  interstate commerce a true threat to kidnap or injure, guilty.
7         We, the jury, unanimously find the defendant Daniel
8  Alan Baker as to count two of the indictment, sending in
9  interstate commerce a true threat to kidnap or injure, guilty.
10 And it is signed, as I indicated.
11         Ladies and gentlemen, you'll be polled, which means
12 you'll be asked individually.  That's what we do in cases in
13 this district.  And I'll ask the courtroom deputy to please poll
14 you.  We'll start right here, juror number one.  And we'll go
15 right down the line starting with the Foreperson.
16         COURTROOM DEPUTY CLERK:  Juror number one, is this
17 your verdict?
18         JUROR:  Yes.
19         COURTROOM DEPUTY CLERK:  Juror number two, is this
20 your verdict?
21         JUROR:  Yes.
22         COURTROOM DEPUTY CLERK:  Juror number three, is this
23 your verdict?
24         JUROR:  Yes.
25         COURTROOM DEPUTY CLERK:  Juror number four, is this

```
 1   your verdict?
 2              JUROR:  It is.
 3              COURTROOM DEPUTY CLERK:  Juror number five, is this
 4   your verdict?
 5              JUROR:  It is.
 6              COURTROOM DEPUTY CLERK:  Juror number six, is this
 7   your verdict?
 8              JUROR:  Yes.
 9              COURTROOM DEPUTY CLERK:  Juror number seven, is this
10   your verdict?
11              JUROR:  It is.
12              COURTROOM DEPUTY CLERK:  Juror number eight, is this
13   your verdict?
14              JUROR:  Yes.
15              COURTROOM DEPUTY CLERK:  Juror number nine, is this
16   your verdict?
17              JUROR:  Yes.
18              COURTROOM DEPUTY CLERK:  Juror number 10, is this your
19   verdict?
20              JUROR:  Yes.
21              COURTROOM DEPUTY CLERK:  Juror number 11, is this your
22   verdict?
23              JUROR:  Yes.
24              COURTROOM DEPUTY CLERK:  Juror number 12, is this your
25   verdict?
```

1       JUROR: Yes.
2       THE COURT: I'm not sure I heard jury number eight.
3       JUROR: Yes.
4       THE COURT: Okay. Ladies and gentlemen, I want to
5  thank you for your service in this case. We talked at the
6  outset about how important service was, jury service. And I
7  meant that. And obviously we couldn't have jury trials without
8  people willing to serve as jurors. This was not a particularly
9  long trial, but you were still away from your families and your
10 work and whatever else you'd be doing. We appreciate that, your
11 bearing that burden.
12      You will not be called for jury duty for two years or
13 you'll be able to get out of it in the federal system. That
14 does not count for the state system. So you may be called
15 there.
16      I told you throughout the case not to discuss it. You
17 now may discuss if you would like. I also said before that you
18 will never have to be questioned about this, so you don't have
19 to talk about it. You may. It's up to you.
20      The lawyers are not permitted to contact you. You may
21 contact them, if you choose to. That's up to you. You can
22 always contact the Court and we're always happy to hear things
23 we could do differently or better to make your experience a
24 better one. So you can reach the Court through, the information
25 is on the website. We would be happy to hear from you.

1    But, again, I very much do appreciate your being here.
2 It's a little extra of a burden too with the COVID situation and
3 having to wear masks and just having to deal with that whole
4 situation.  So, again, I want to thank you.  I also want to
5 thank you for your patience throughout this.  I know we kept you
6 waiting here and there, but we very much appreciate your
7 service.
8    So you are now excused.  You can go back to the jury
9 room and gather your belongings and be on your way.  Thank you
10 again.
11   (Jury out at 12:18.)
12    THE COURT:  Please be seated.
13    I'm going to have the clerk file the verdict form.
14 The next, consistent with the jury's verdicts, Mr. Baker, I now
15 do adjudge you guilty of counts one and two as charged in the
16 indictment.  What will happen next is there will be a
17 presentence investigation.  There will be a sentencing that will
18 be set for August 16th at 3:30.
19    The presentence investigation is a comprehensive
20 investigation that looks at the facts of this case and also your
21 background.  You'll be interviewed through that process.  You
22 will, after the judgment is imposed and sentence is imposed
23 you'll have the right to appeal.  So you are not required to
24 talk to probation about the facts of this case.
25    You'll also have the right to have your lawyer there

```
 1   at the interview.  When the report comes out, it's a
 2   comprehensive report and it's an important consideration at
 3   sentencing so you'll want to go through that very carefully and
 4   let Mr. Murrell know if there are issues with it.  There are
 5   certain deadlines for objections and so forth.
 6             Is there anything further?  Well, the forfeiture we
 7   had not talked about.  Are you going to waive as to that so
 8   we'll, I guess, address that later at sentencing.  Anything you
 9   can --
10             MR. MURRELL:  I think we agreed that would be decided
11   by the Judge.
12             MR. KUNZ:  I'll talk to Mr. Murrell.  We'll get that
13   ironed out.
14             THE COURT:  Anything further for right now?  Any
15   post-trial motions will be due with what the rules provide for
16   unless anyone is requesting any other deadlines or anything like
17   that.  Mr. Murrell?
18             MR. MURRELL:  We'll abide by any deadlines.
19             THE COURT:  Mr. Kunz?
20             MR. KUNZ:  Nothing, sir, from the government.
21             THE COURT:  Okay.  Well, Mr. Baker, you'll be remanded
22   to custody pending sentencing and we will be adjourned.
23         (Proceedings concluded at 12:21 on Thursday, May 6, 2021.)
24                        * * * * * * * *
25
```

```
        I certify that the foregoing is a correct transcript
from the record of proceedings in the above-entitled matter.
Any redaction of personal data identifiers pursuant to the
Judicial Conference Policy on Privacy are noted within the
transcript.


/s/ Lisa C. Snyder                              11/23/2021

Lisa C. Snyder, RPR, CRR                        Date
Official U.S Court Reporter
                        * * * * * * * *

        I certify that the foregoing is a correct transcript
from the record of proceedings in the above-entitled matter.
Any redaction of personal data identifiers pursuant to the
Judicial Conference Policy on Privacy are noted within the
transcript.


/s/ Lisa C. Snyder                              11/23/2021

Lisa C. Snyder, RPR, CRR                        Date
Official U.S Court Reporter
```

OTHER RECORD MADE                                                PAGE

Jury Question read by the Court                                   3
Verdict read by the Courtroom Deputy                              9