| From: | ecf_help@ca11.uscourts.gov |
|---|---|
| To: | FLNDdb_efile Appeals |
| Subject: | 21-13749-V USA v. Daniel Baker "Court Order Filed Granted by Court Appear in Oral Argument - AOC" (4:21-cr-00010-AW-MAF-1) |
| Date: | Monday, July 18, 2022 11:54:46 AM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 07/18/2022

Case Name: USA v. Daniel Baker
Case Number: 21-13749
Document(s): Document(s)

**Docket Text:**
ORDER: Motion appear in oral argument construed from Appearance of Counsel form filed by Appellee USA is GRANTED. ENTERED FOR THE COURT - BY DIRECTION. [9710439-2] (See attached order for complete text)

**Notice will be electronically mailed to:**

Clerk - Northern District of Florida, Clerk of Court
Robert G. Davies
Vera Eidelman
Lazaro Fields
Megan Amber Hague
Stephen M. Kunz, Assistant U.S. Attorney
Tyler Anne Lee
Randolph Patterson Murrell
Lisa Snyder
U.S. Attorney Service - Northern District of Florida

**Notice sent via US Mail to:**

Elizabeth Linda Vallejo
Federal Public Defender's Office
227 N BRONOUGH ST STE 4200
TALLAHASSEE, FL 32301

The following document(s) are associated with this transaction:
**Document Description:** Court Order Filed
**Original Filename:** 21-13749 FINAL Order.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=07/18/2022] [FileNumber=9716631-0]
[491fa6b7558c01b310306238e67da7569423a938c04fde14413154249f7d325e1deb0c9d23248d714c98ecaadc958b1c33f906fa07daf78f41e7fcfb544d1e6c]]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 21-13749-V

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DANIEL ALAN BAKER,

Defendant - Appellant.

Appeal from the United States District Court
for the Northern District of Florida

ORDER:

Attorney TYLER ANNE LEE has submitted an appearance of counsel to appear in this appeal.

Consistent with 11th Cir.R.34-4(e), Attorney TYLER ANNE LEE is GRANTED leave to appear in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION