# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

**vs.**  CASE NO.: 4:21cr10-AW-MAF

**DANIEL ALAN BAKER,**

    **Defendant.**

_____/

## DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Defendant, Daniel Alan Baker, by and through undersigned counsel and pursuant to 18 U.S.C. 3583(e)(1), hereby moves this Court to terminate his supervised release. As grounds in support thereof, Mr. Baker states the following:

1. Following a jury trial, Mr. Baker was convicted of two counts of Transmit Communication Containing a Threat to Kidnap Any Person or Threat to Injure Another Person in violation of Title 18 U.S.C. § 875(c). ECF No. 103. Mr. Baker was sentenced to forty-four (44) months imprisonment on each count, with the terms to run concurrently, to be followed by three (3) years of supervised release. *Id*.

2. Mr. Baker completed his sentence of imprisonment and was released from the Bureau of Prisons on July 5, 2023. It was then that his term of supervised release commenced.

3. As of the date of this filing, Mr. Baker has successfully completed one year of supervised release. After the completion of one year of supervision, the Court may terminate one's term of supervised release and discharge him if the Court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. 3583(e)(1). Mr. Baker has successfully integrated back into society and has proven to be a productive, law-abiding citizen. His conduct on supervised release warrants early termination. Accordingly, it is in the interest of justice to terminate his supervision.

4. Mr. Baker has maintained employment throughout his term of supervision. Mr. Baker is currently employed at Jimmy Johns. Although he was originally hired as a delivery driver, he has recently been given more responsibilities within the restaurant. He enjoys this role and regularly takes the initiative to work overtime. Mr. Baker's manager, Jessica Rittman, notes he "goes above and beyond for customers." *See* Exhibit A: Letter from Jessica Rittman. During his spare time, Mr. Baker serves as a delivery driver for Doordash and Uber Eats.

5. Upon his release from prison, Mr. Baker returned to his prior residential community and has maintained a stable residence there throughout the past year. Since the beginning of Mr. Baker's case, the property managers of this community have remained a large part of his support system. Mr. Baker's landlord,

John Mattews, characterizes Mr. Baker as "an ideal member" of the community and he "hope[s] [Mr. Baker] stays with [them] for a long time." *See* Exhibit B: Letter from John Matthews.

6. Mr. Baker has not been alleged to have violated any of the conditions of his release. He has been fully compliant with the conditions imposed by this Court, including attending mental health counseling.

7. Undersigned counsel's office has conferred with Mr. Baker's probation officer in the Northern District of Florida, Scott MacKinlay, who confirms that Mr. Baker has performed well on supervision and been fully compliant. Mr. MacKinlay advises, however, that the probation office does not support Mr. Baker's early termination at this time, given the nature of Mr. Baker's charges and the desire to continue monitoring his mental health treatment.

8. 18 U.S.C. § 3583(e)(1) also directs the Court to consider factors set forth in 18 U.S.C. § 3553(a) when determining whether termination of supervised release is appropriate. Mr. Baker's forty-four-month imprisonment sentence and one year on supervised release have accomplished the goals of sentencing. Accordingly, termination of his supervised release is appropriate.

WHEREFORE, Mr. Baker respectfully requests this Court terminate his supervised release.

DATE: July 5, 2024                                    Respectfully submitted,

                                                      JOSEPH F. DEBELDER
                                                      FEDERAL PUBLIC DEFENDER

                                                      */s/ Elizabeth L. Vallejo*
                                                      ELIZABETH L. VALLEJO
                                                      Assistant Federal Public Defender
                                                      Florida Bar No. 127120
                                                      227 N. Bronough Street, Suite 4200
                                                      Tallahassee, FL   32301
                                                      Phone (850) 942-8818
                                                      Fax (850) 942-8809

                                                      Attorney for Defendant

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Undersigned counsel's office has conferred with Assistant United States Attorney Gary Milligan, who objects to the relief sought in this motion. This motion contains 718 words.

                                                      */s/ Elizabeth L. Vallejo*
                                                      ELIZABETH L. VALLEJO

4

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished via ECF to Assistant United States Attorney Gary Milligan on this 5th day of July, 2024.

*/s/ Elizabeth L. Vallejo*
ELIZABETH L. VALLEJO
