To whom it may concern,

Daniel started working in the beginning of May 2024, at Jimmy Johns located on Gaines Street in Tallahassee, Fl.

Since Daniel has started working for us, he has been ready, willing, and able to work when he arrives. Daniel goes above and beyond for our customers, making sure he has contacted and read instructions according to the receipt, making sure every delivery is prompt and on time.

When Daniel is not delivering he is welcoming guests, taking orders, maintaining the standing to do list and daily beautifications.

I expect nothing more than growth and potential.

Thank you, Jessica Rittman

General Manager #173