To Whom it May concern,

I am writing to offer support and give a strong endorsement of Daniel Baker.

Mr. Baker is currently a tenant in an apartment on my property. He is an ideal member of our small group (we have 11 units). He always pay his rent on time (or in advance), communicates well and is kind and pleasant to work with. He is also a fine and active member of our Tallahassee community.

Mr. Baker had lived on another part of our property that was managed by my late mother prior to his unfortunate incarceration. My mother supported him and even testified during his trial, acknowledging his strong moral character.

After his release we had no problem renting to him again and hope he stays with us for a long time!!

Again, we offer our highest support for Daniel and hope that whatever release of restrictions resulting from his conviction that could be available, be provided.

Please feel free to reach out to me directly if I can offer any additional information or answer any questions.

Kind regards,

John Matthews